**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**
**TULSA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Sanctuary Evangelistic Church, Inc. | § | No.  12-12616 |
| | § | Chapter 11 |
| | § | |
| **DEBTOR(S)** | § | |

**CORPORATE RESOLUTION**

The Board of Directors of Sanctuary Evangelistic Church, Inc. has adopted the following resolution:

WHEREAS, it is in the best interest of Sanctuary Evangelistic Church, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Milford J. Carter, as an authorized representative of Sanctuary Evangelistic Church, Inc., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Sanctuary Evangelistic Church, Inc.; and

Be It Further Resolved that Milford J. Carter is authorized and directed to appear in all bankruptcy proceedings on behalf of Sanctuary Evangelistic Church, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Sanctuary Evangelistic Church, Inc. in connection with such bankruptcy case;

Be It Further Resolved that Milford J. Carter  is authorized and directed to employ Jerry L Gunter, attorneys and the law firm of Winters King Inc. to represent Sanctuary Evangelistic Church, Inc. in such bankruptcy case; and

Milford J. Carter is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions.

Dated:  September 24, 2012

Sanctuary Evangelistic Church, Inc.

By:  _/s/Milford J. Carter_____
Printed Name:  Milford J. Carter
Title:  President