**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**
**TULSA DIVISION**

IN RE:   **Sanctuary Evangelistic Church, Inc.**                                           CASE NO   **12-12616**

                                                                                           CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____**73-1329123**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file
    number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____**9/24/2012**_____.

    a. Total Assets                                    **$927,387.00**

    b. Total Liabilities                               **$299,667.00**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $245,857.00 | 2 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $5,810.00 | 3 |
| Contingent  unsecured debt | $48,000.00 | 2 |
| Disputed unsecured debt | $48,000.00 | 2 |
| Unliquidated unsecured debt | $48,000.00 | 2 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:
    *Debtor conducts business as a non profit church.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**
**TULSA DIVISION**

IN RE:   **Sanctuary Evangelistic Church, Inc.**                              CASE NO   **12-12616**

                                                                             CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**Milford J. Carter**_____ , the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:____**9/24/2012**_____          Signature:___**/s/ Milford J. Carter**_____
                                                                                *Milford J. Carter*
                                                                                **President**