IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616
 ) Chapter 11
 )
**DEBTORS** )

## BALANCE SHEET
## OCTOBER 2012

**COMES NOW** Debtor by and through their Attorney of Record, Jerry L. Gunter of Winters & King, Inc. and files their Balance Sheet, to wit;

The checking balance for account no. 3, American Heritage Bank is actually $7.66 and has been the same balance since 2010. Debtor is researching as to why the Balance Sheet is incorrect concerning the stated account.

Respectfully submitted,

  /s/Jerry L. Gunter_____
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

7:35 PM
10/09/12
Cash Basis

## Sanctuary Evangelistic Church Inc.
## Balance Sheet
### As of October 9, 2012

|  | Oct 9, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1 · Peoples State Bank | 6,682.23 |
| 2 · Bank of America | -3,893.58 |
| 3 · American Heritage Bank | 11,308.77 |
| **Total Checking/Savings** | 14,097.42 |
| **Other Current Assets** | |
| 4 · SEC Okmulgee Bldg. & Facilities | 430,000.00 |
| 5 · SEC Tulsa Bldg. & Facilities | 1,116,000.00 |
| 6 · SEC Apartment Bldg. | 170,545.00 |
| 7 · Presentations Systems | 30,733.00 |
| **Total Other Current Assets** | 1,747,278.00 |
| **Total Current Assets** | 1,761,375.42 |
| **TOTAL ASSETS** | 1,761,375.42 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 3000 · Opening Bal Equity | 1,747,278.00 |
| 3900 · Retained Earnings | 10,715.07 |
| Net Income | 3,382.35 |
| **Total Equity** | 1,761,375.42 |
| **TOTAL LIABILITIES & EQUITY** | 1,761,375.42 |

7:26 PM
10/09/12
Cash Basis

# Sanctuary Evangelistic Church Inc.
## Balance Sheet
### As of September 25, 2012

|  | Sep 25, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1 · Peoples State Bank | 8,477.47 |
| 2 · Bank of America | -3,893.58 |
| 3 · American Heritage Bank | 11,308.77 |
| **Total Checking/Savings** | 15,892.66 |
| **Other Current Assets** | |
| 4 · SEC Okmulgee Bldg. & Facilities | 430,000.00 |
| 5 · SEC Tulsa Bldg. & Facilities | 1,116,000.00 |
| 6 · SEC Apartment Bldg. | 170,545.00 |
| 7 · Presentations Systems | 30,733.00 |
| **Total Other Current Assets** | 1,747,278.00 |
| **Total Current Assets** | 1,763,170.66 |
| **TOTAL ASSETS** | **1,763,170.66** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 3000 · Opening Bal Equity | 1,747,278.00 |
| 3900 · Retained Earnings | 10,715.07 |
| Net Income | 5,177.59 |
| **Total Equity** | 1,763,170.66 |
| **TOTAL LIABILITIES & EQUITY** | **1,763,170.66** |