IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | |
|---|---|
| **IN RE:** ) | |
| Sanctuary Evangelistic Church, Inc. ) | Case No. 12-12616 |
| ) | Chapter 11 |
| ) | |
| **DEBTORS** ) | |

## PROFIT AND LOSS STATEMENT
## SEPTEMBER 2012

**COMES NOW** Debtor by and through their Attorney of record, Jerry L. Gunter and files their September 2012 Profit and Loss Statement.

        Respectfully submitted,

        /s/Jerry L. Gunter
        Jerry L. Gunter, OBA # 17041
        WINTERS & KING, INC
        2448 East 81st Street, Ste 5900
        Tulsa, OK 74137-4259
        Ph: (918) 494-6868
        Fx: (918) 491-6297
        jgunter@wintersking.com

7:12 PM
10/09/12
Cash Basis

# Sanctuary Evangelistic Church Inc.
## Profit & Loss
### January through September 2012

|  | Jan - Sep 12 |
|---|---:|
| **Income** | |
|   Gift Categories Revenue | |
|     1016 · Offering | 8,950.19 |
|     1018 · Tithes | 84,331.49 |
|   **Total Gift Categories Revenue** | 93,281.68 |
| **Total Income** | 93,281.68 |
| **Expense** | |
|   Legal And Professional | |
|     1600 · Attorney Fees | 2,000.00 |
|   **Total Legal And Professional** | 2,000.00 |
|   Occupancy | |
|     1204 · Insurance Auto | 294.20 |
|     1208 · Lawn Care | 800.00 |
|     1210 · Leases | 11,200.00 |
|     1212 · Loan Payment Expense | 7,000.00 |
|     1214 · Maintenance of Building | 14,792.09 |
|     1220 · Rent | 70.79 |
|     1224 · Tax Property | 5,534.00 |
|     1226 · Trash Service | 1,057.50 |
|     1232 · Natural Gas | 3,167.18 |
|     1234 · Electric | 5,633.70 |
|     1236 · Telephone Service | 3,526.31 |
|     1238 · Water Usage | 2,384.99 |
|     1299 · Other | 1,670.54 |
|   **Total Occupancy** | 57,131.30 |
|   Office Supplies | |
|     1400 · Equipment | 302.66 |
|   **Total Office Supplies** | 302.66 |
|   Salaries | |
|     1108 · Health Insurance | 11,094.96 |
|     1112 · Life Insurance | 11,692.27 |
|     1132 · Dental Insurance | 965.63 |
|     1134 · Rental Insurance | 1,383.31 |
|     1136 · Home Electricity | 1,225.06 |
|     1138 · Home Natural Gas | 732.59 |
|     1140 · Home Water & Refuge | 923.79 |
|   **Total Salaries** | 28,017.61 |
|   1700-1 · Miscellenous Expenses | |
|     1704 · Bank Charges | 1,946.54 |
|     1716 · Food Purchases | 201.22 |
|     1730 · Gifts | 300.00 |
|   **Total 1700-1 · Miscellenous Expenses** | 2,447.76 |
| **Total Expense** | 89,899.33 |
| **Net Income** | 3,382.35 |