IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
|    SANCTUARY EVANGELISTIC | ) | CASE NO. <u>**12-12616-M**</u> |
|    CHURCH, INC., | ) | CHAPTER 11 |
|                     DEBTOR, | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

BOKF, N.A., Successor by Merger to BANK OF OKLAHOMA, N.A. dba BANK OF OKLAHOMA, ("BOKF"), by its attorney, KENT E. RENFROW, hereby enters his appearance in the above-named case and requests, pursuant to the Bankruptcy Rule 9010(b) that all notices or other documents filed by the Debtor or other parties-in-interest in this bankruptcy case be addressed and properly served upon the following as Attorney for BOKF:

      KENT E. RENFROW
      Attorney At Law
      8906 E. Skelly Drive
      Tulsa, OK  74129
      (918) 665-7725
      Fax (918) 665-7726
      Keratty@aol.com
      Attorney for Creditor, BOKF, N.A., Successor by Merger to
      BANK OF OKLAHOMA, N.A. dba Bank of Oklahoma

Executed this 10th day of October, 2012.

            //S// Kent E. Renfrow
      By:   KENT E. RENFROW   OBA 7504
            Attorney for Creditor, BOK
            8906 E. Skelly Drive
            Tulsa, OK  74129-3403
            Tel:  (918) 665-7725
            Fax: (918) 665-7726
            Attorney for Creditor BOKF, N.A.

## **CERTIFICATE OF SERVICE**

      I, KENT E. RENFROW, hereby certify that on this 10th day of October, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      JERRY L. GUNTER on behalf of Debtor
      jgunter@wintersking.com

      Office of the United States Trustee
      USTPRegion20.TU.ECF@usdoj.gov


                                     S//Kent E. Renfrow
                                     KENT E. RENFROW