IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| Sanctuary Evangelistic Church, Inc. | ) Case No. 12-12616 |
| | ) Chapter 11 |
| **DEBTOR(S)** | ) |

## AFFIDAVIT

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

I, Milford J. Carter, state under oath, that:

1. I am an adult, competent to testify, and the President of Sanctuary Evangelistic Church, Inc, Debtor. I have the authority to sign this affidavit for the Debtor as set forth in the bylaws of the organization.

2. The Debtor is a non-profit church that was incorporated in the State of Oklahoma and exempt from state income tax.

3. Under Section 501(c)(3) of the Internal Revenue Code of 1986 as amended, corporations organized and operated exclusively for religious purposes shall be exempt from taxation. As a church, this organization is considered exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code.

4. The Debtor does not have any unrelated business income and is not required to file a Form 990 as long as it does not have any unrelated business income.

Dated: October 10, 2012

_____
Milford J. Carter, President

STATE OF OKLAHOMA )
)
COUNTY OF TULSA )

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Milford Carter appeared before me in person and acknowledged that he signed, sealed and delivered the foregoing instrument as his own free and voluntary act for the uses and purposes therein set forth.

GIVEN UNDER MY HAND AND NOTARIAL THIS 10 DAY OF October, 2012.

_____
NOTARY PUBLIC

My Commission Expires: 7-28-15
My Commission Number is: 11001687