**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sanctuary Evangelistic Church, Inc. | ) |
| | ) |
| | ) |
| | )  Case No.   12-12616 |
| Debtor(s). | )            (Chapter 13) |

**OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF INTENT TO SEEK ABANDONMENT OF PROPERTY, BRIEF IN SUPPORT THEREOF AND NOTICE OF OPPORTUNITY FOR HEARING**

   **COME NOW** the Debtor by and through counsel of record, Jerry L. Gunter, and objects to the Motion for Relief from Automatic Stay and Abandonment of Property, or Alternatively Seeking Adequate Protection  Thereof and Notice of Opportunity for Hearing filed by BOKF, NA  (hereinafter "Creditor") on December 18, 2012 or the following reason:
   Debtors have equity in the property and it is necessary for an effective reorganization.
   Debtor will file a plan by January 4, 2013 that will provide for the payment of the mortgage in a plan that is confirmable.
   **WHEREFORE** Debtor respectfully requests the Court to set a date and time certain for a hearing on the issues.

                              Respectfully submitted,

                               /s/Jerry L. Gunter_____
                              Jerry L. Gunter, OBA # 17041
                              WINTERS & KING, INC
                              2448 East 81st Street, Ste 5900
                              Tulsa, OK 74137-4259
                              Ph: (918) 494-6868
                              Fx: (918) 491-6297
                              jgunter@wintersking.com

**CERTIFICATE OF MAILING**

   I, Jerry L. Gunter, hereby certify that on the date this pleading was filed with the Court, a true and correct copy was electronically mailed to the party or parties indicated on the attached electronic notice.

                               /s/Jerry L. Gunter
                              Jerry L. Gunter