

MIME-Version:1.0

***NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

## U.S. Bankruptcy Court

## Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from H., Sue entered on 1/8/2013 at 3:07 PM CST and filed on 1/8/2013

**Case Name:** Sanctuary Evangelistic Church, Inc.
**Chapter:** 11
**Case Number:** 12-12616-M
**Document Number:** 25

**Docket Text:**
Order Setting Hearing: Hearing scheduled 1/22/2013 at 11:00 AM at Courtroom # 2, 1st Floor, 224 South Boulder Avenue, Tulsa OK to consider the United States Trustee's Motion to Convert or Dismiss Chapter 11 Case. Further instructions governing this hearing are contained in the document attached hereto and are incorporated herein by this reference. BY THE COURT: Chief Judge Terrence L. Michael (RE: related document(s)[21] Motion to Dismiss Case) (H., Sue)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** hrg 30 min no.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=1/8/2013] [FileNumber=3706668-0]
[492c3ac89a80e448278d1c2c3efe63630870a9abb392bcf38dfb22cbbdb86f5ceeea
2a8f3cd7b092f5d2113142cede7908b334967838c6505f998d356b734818]]

**12-12616-M Notice will be electronically mailed to:**

Jerry L. Gunter on behalf of Debtor Sanctuary Evangelistic Church, Inc.
jgunter@wintersking.com, wkabkrnotices@yahoo.com;jgunter.notices@gmail.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Shanann Passley on behalf of Interested Party Indian Health Care Resource Center of Tulsa, Inc.
spassley@ellerdetrich.com

Kent E. Renfrow on behalf of Creditor BOKF, N.A.
keratty@aol.com

**12-12616-M Notice will not be electronically mailed to:**

**Attachment and Instructions for**
**Order Setting Hearing**

**Judge Terrence L. Michael**

<u>IT IS FURTHER ORDERED THAT MOVANT IS RESPONSIBLE FOR GIVING NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST AS REQUIRED BY RULE OR STATUTE.  ADDITIONAL NOTICE NEED NOT BE GIVEN TO PARTIES IN INTEREST WHO HAVE RECEIVED THIS NOTICE ELECTRONICALLY.</u>

IT IS FURTHER ORDERED that counsel should be prepared to submit whatever evidence they deem necessary for the Court's full consideration and determination of the matters set forth above.  Bankr. N.D. Okla. Local Rule 9070-1 applies to these proceedings.

IT IS FURTHER ORDERED that all exhibits to be offered shall be marked prior to the hearing.  When an exhibit is comprised of multiple pages, each page shall be separately marked (e.g., Exhibit 1-1, 1-2, etc.).  Movant's exhibits shall be sequentially numbered beginning with the number 1. Respondent's exhibits shall be sequentially numbered  beginning with the number 100. Failure to abide by these requirements may result in denial of the admission of the exhibit.

IT IS FURTHER ORDERED that the above-referenced hearing may be continued from time to time without further notice other than an announcement of the continued date at the originally scheduled time.  Requests for continuance must comply with Bankr. N.D. Okla. Local Rule 9006-1(B).