## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sanctuary Evangelistic Church, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | Case No.    12-12616-M |
| Debtor(s). | ) | (Chapter 13) |

## INITIAL REPORT

      Comes Now, Sanctuary Evangelistic Church, Inc., Debtor-in-possession, and hereby submits its Initial Report as shown by Attachments A through L, consisting of _23_ pages, and containing the following as indicated:

☑    Receipt and Certification of Understanding "Operating Guidelines and Reporting Requirements". **Attachment A.**

☑    Designation of Individual Responsible for Discharging Debtor's Duties. **Attachment B.**

☑    Designation of Individual Responsible for Financial Reports. **Attachment C.**

☑    Balance Sheet **as of month-end immediately preceding filing. Attachment D.**

☑    Profit and Loss Statement **for month immediately preceding filing. Attachment E.**

☑    Insurance, Tax and Cash Collateral Statements. **Attachment F.** (Including Proof of Insurance Coverage)

☑    Projected cash budget for first six (6) months of post petition operations. **Attachment G.**

**Initial Report – Page 2 of 2**

Case Name: _Sanctuary Evangelistic Church, Inc_
Case Number: _12-12616-M_

N/A  Detailed listing of Accounts Receivable and an
     Accounts Receivable Aging Report. **Attachment H.**

☑  Report of Physical Inventory. **Attachment I.** (See Page
    3 of 8, 6. Physical Inventory, *Operating Guidelines and Reporting
    Requirements*)

N/A  Current Rent Roll. **Attachment J.** (See Page 3 of 8, 7.
     Rental Property Records, *Operating Guidelines and Reporting
     Requirements*)

N/A  Copies of most recent audited and unaudited Financial
                                    Statements. **Attachment
                                    K.**

☑  Debtor's Section 345 Bank Account Certificate.
    **Attachment L.**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INITIAL REPORT
AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE: _1/13/13_

DEBTOR(S)-IN-POSSESSION
BY: _____
Name: _Milford J. Carter_
Title: _President_
BY: _____
Name: _BERT BROWN_
Title: _TREASURER_
Address: _1228 E. 5th St._
_Tulsa, OK, 74120_
Telephone: _918-587-6445_

## ATTACHMENT A

## RECEIPT AND CERTIFICATION OF UNDERSTANDING
### UNITED STATES TRUSTEE
### OPERATING GUIDELINES AND REPORTING REQUIREMENTS

CASE NAME: _Sanctuary Evangelistic Church, Inc._

CASE NUMBER: _12 - 12616 - M_

I hereby certify that I have read and understand the United States Trustee Chapter 11 "Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees".   Further, I hereby agree to perform in accordance with said guidelines and requirements.

_1/15/13_
(Date)

_(Debtor)_

_President_
(Title)

_Milford J. Carter_
(Printed Name of Signatory)

The undersigned, as counsel for the debtor, has read and reviewed with the debtor the operating guidelines and reporting requirements discussed above.

1/18/13
(Date)

Jerry L. Gunter (Attorney for Debtor)
OBA #17041
2448 E. 81st St, Ste 5900
Tulsa, OK 74137
(918) 494-6868 · Telephone
(918) 491-6297 · Fax
jgunter@wintersking.com

**ATTACHMENT B**

Case Name _Sanctuary Evangelistic Church, Inc_
Case Number _12 - 12616 - M_

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL
## RESPONSIBLE FOR DISCHARGING DEBTOR'S DUTIES

     The Debtor(s)-in-possession in the above and foregoing case hereby designates _Milford S. Carter & Burt Brown_ as provided under F.R.B.P. 9001(5), as the individual responsible for discharging the duties of the debtor under 11 U.S.C. §1107 and as may be required by the Court or by the United States Trustee.

DATE: _1/15/13_

DEBTOR(S)-IN-POSSESSION

BY: _____
Name: _Milford S. Carter_
Title: _President_
BY: _____
Name: _Bert Brown_
Title: _Treasurer_
Address:
    _1228 E. 5th St._
    _Tulsa, OK 74120_
Telephone: _(918) 587-6445_

DATE: _01/17/13_

ACCEPTED

BY: _____
Name: _Bert Brown_
Title: _Treasurer_
Address:
    _1756 W. Woodrow St._
    _Tulsa, OK 74127_
Telephone: _(918) 402-0127_

**ATTACHMENT C**

Case Name _Sanctuary Evangelistic Church, Inc_

Case Number _12-12616-m_

## DESIGNATION AND ACCEPTANCE OF
## INDIVIDUAL RESPONSIBLE FOR PREPARATION OF
## FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

The Debtor(s)-in-possession in the above and foregoing case hereby designates _Burt Brown_, as provided under Bankruptcy Rule 9001(5), as the individual responsible for the preparation of all financial reports as required by the Court or by the United States Trustee.

DATE: _1/15/13_

DEBTOR(S)-IN-POSSESSION

BY: _____
Name: _Milford J. Carter_
Title: _President_
BY: _____
Name: _____
Title: _____
Address: _____
_1228 2.5th ST_
_Tulsa, OK 74120_
Telephone: _(918) 583-6445_

DATE: _01/19/13_

ACCEPTED

BY: _____
Name: _Bert Brown_
Title: _Treasurer_
Address: _____
_1756 W Woodrow St_
_Tulsa OK 74127_
Telephone: _(918) 402-0727_

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA
## TULSA DIVISION

IN RE:                                )
Sanctuary Evangelistic Church, Inc.   )   Case No.  12-12616
                                      )   Chapter 11
                                      )
DEBTORS                               )

## BALANCE SHEET
## OCTOBER 2012

**COMES NOW** Debtor by and through their Attorney of Record, Jerry L. Gunter of Winters & King, Inc.

and files their Balance Sheet, to wit;

The checking balance for account no. 3, American Heritage Bank is actually $7.66 and has been the same

balance since 2010.  Debtor is researching as to why the Balance Sheet is incorrect concerning the stated account.


Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

7:35 PM
10/09/12
Cash Basis

# Sanctuary Evangelistic Church Inc.
## Balance Sheet
### As of October 9, 2012

|  | Oct 9, 12 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| 1 · Peoples State Bank | 6,682.23 |
| 2 · Bank of America | -3,893.58 |
| 3 · American Heritage Bank | 11,308.77 |
| **Total Checking/Savings** | 14,097.42 |
| Other Current Assets | |
| 4 · SEC Okmulgee Bldg. & Facilities | 430,000.00 |
| 5 · SEC Tulsa Bldg. & Facilities | 1,116,000.00 |
| 6 · SEC Apartment Bldg. | 170,545.00 |
| 7 · Presentations Systems | 30,733.00 |
| **Total Other Current Assets** | 1,747,278.00 |
| **Total Current Assets** | 1,761,375.42 |
| **TOTAL ASSETS** | 1,761,375.42 |
| **LIABILITIES & EQUITY** | |
| Equity | |
| 3000 · Opening Bal Equity | 1,747,278.00 |
| 3900 · Retained Earnings | 10,715.07 |
| Net Income | 3,382.35 |
| **Total Equity** | 1,761,375.42 |
| **TOTAL LIABILITIES & EQUITY** | 1,761,375.42 |

7:26 PM

10/09/12

Cash Basis

# Sanctuary Evangelistic Church Inc.
## Balance Sheet
### As of September 25, 2012

|  | Sep 25, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1 · Peoples State Bank | 8,477.47 |
| 2 · Bank of America | -3,893.58 |
| 3 · American Heritage Bank | 11,308.77 |
| **Total Checking/Savings** | 15,892.66 |
| **Other Current Assets** | |
| 4 · SEC Okmulgee Bldg. & Facilities | 430,000.00 |
| 5 · SEC Tulsa Bldg. & Facilities | 1,116,000.00 |
| 6 · SEC Apartment Bldg. | 170,545.00 |
| 7 · Presentations Systems | 30,733.00 |
| **Total Other Current Assets** | 1,747,278.00 |
| **Total Current Assets** | 1,763,170.66 |
| **TOTAL ASSETS** | 1,763,170.66 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 3000 · Opening Bal Equity | 1,747,278.00 |
| 3900 · Retained Earnings | 10,715.07 |
| Net Income | 5,177.59 |
| **Total Equity** | 1,763,170.66 |
| **TOTAL LIABILITIES & EQUITY** | 1,763,170.66 |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA
## TULSA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Sanctuary Evangelistic Church, Inc. | ) | Case No.  12-12616 |
| | ) | Chapter 11 |
| | ) | |
| **DEBTORS** | ) | |

## PROFIT AND LOSS STATEMENT
## SEPTEMBER 2012

**COMES NOW** Debtor by and through their Attorney of record, Jerry L. Gunter and files their September 2012 Profit and Loss Statement.

Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

7:12 PM

10/09/12

Cash Basis

# Sanctuary Evangelistic Church Inc.
# Profit & Loss
## January through September 2012

| | Jan - Sep 12 |
|---|---|
| **Income** | |
|   **Gift Categories Revenue** | |
|     1016 · Offering | 8,950.19 |
|     1018 · Tithes | 84,331.49 |
|   **Total Gift Categories Revenue** | 93,281.68 |
| **Total Income** | 93,281.68 |
| **Expense** | |
|   **Legal And Professional** | |
|     1600 · Attorney Fees | 2,000.00 |
|   **Total Legal And Professional** | 2,000.00 |
|   **Occupancy** | |
|     1204 · Insurance Auto | 294.20 |
|     1208 · Lawn Care | 800.00 |
|     1210 · Leases | 11,200.00 |
|     1212 · Loan Payment Expense | 7,000.00 |
|     1214 · Maintenance of Building | 14,792.09 |
|     1220 · Rent | 70.79 |
|     1224 · Tax Property | 5,534.00 |
|     1226 · Trash Service | 1,057.50 |
|     1232 · Natural Gas | 3,167.18 |
|     1234 · Electric | 5,633.70 |
|     1236 · Telephone Service | 3,526.31 |
|     1238 · Water Usage | 2,384.99 |
|     1299 · Other | 1,670.54 |
|   **Total Occupancy** | 57,131.30 |
|   **Office Supplies** | |
|     1400 · Equipment | 302.66 |
|   **Total Office Supplies** | 302.66 |
|   **Salaries** | |
|     1106 · Health Insurance | 11,094.96 |
|     1112 · Life Insurance | 11,692.27 |
|     1132 · Dental Insurance | 965.63 |
|     1134 · Rental Insurance | 1,383.31 |
|     1136 · Home Electricity | 1,225.06 |
|     1138 · Home Natural Gas | 732.59 |
|     1140 · Home Water & Refuge | 923.79 |
|   **Total Salaries** | 28,017.61 |
|   **1700-1 · Miscellenous Expenses** | |
|     1704 · Bank Charges | 1,946.54 |
|     1716 · Food Purchases | 201.22 |
|     1730 · Gifts | 300.00 |
|   **Total 1700-1 · Miscellenous Expenses** | 2,447.76 |
| **Total Expense** | 89,899.33 |
| **Net Income** | 3,382.35 |

ATTACHMENT F, Page 1 of 2

Case Name _Sanctuary Evangelistic Church, Inc_

Case Number _12-12616-M_

## STATEMENT CONCERNING INSURANCE, TAXES
## AND USE OF CASH COLLATERAL

### I. INSURANCE

A. Insurance is in effect and payments are current for coverage as indicated:

| INSURANCE TYPE | CARRIER | EXPIRES |
|---|---|---|
| General comprehensive liability | Guide One Insurance | 10/03/13 |
| Property (Personal & realty) | Guide One Insurance | 10/03/13 |
| Casualty & theft | N A | |
| Workers' compensation | N A | |
| Vehicle | Progressive Northern Ins. Co. | |
| Health | United Healthcare | |
| Health | Farmers Insurance Co. | |
| Life | Modern Woodmen of America | |
| Life | GPM Life Ins. Co. | |
| Other: Dental | Delta Dental Ins | |

B. Attached hereto are Certificates of Insurance or other proof of insurance for the above.

### II. TAXES   _N A_

A. **Post**-petition federal and state withholding and payroll taxes **are/are not** current.

B. Delinquent post-petition taxes, if any, are as follows:

Federal Withholding _N A_

State Withholding _N A_

FICA _N A_

Other _N A_

**ATTACHMENT F, Page 2 of 2**

Case Name *Sanctuary Evangelistic Church, Inc*

Case Number *12-12616-m*

(II. **TAXES continued)**  *N A*

    C. **Pre**-petition federal and state withholding and payroll
taxes **are/are not** current.  **Pre**-petition federal and state
excise, sales taxes **are/are not** current.  Delinquent pre-
petition taxes, if any, are as follows:

    Federal Withholding  *N A*

    State Withholding  *N A*

    FICA  *N A*

    Federal Excise Tax  *N A*

    State Excise Tax  *N A*

    Sales Tax  *N A*

III. **CASH COLLATERAL**  *N A*

    A.   Cash collateral **will/will not** be necessary to fund
Debtor's post-petition operations.

    B.   Debtor **has/has not** filed a request for use of cash
collateral under 11 U.S.C. § 363 or § 364.

    C.   Identity of Cash Collateral.


**PROPERTY**              **CREDITOR**              **MONTHLY PAYMENT**

    *None*

**ATTACHMENT G**

Case Name _Sanctuary Evangelistic Church_
Case Number _12-12616-M_

**PROJECTED CASH BUDGET**
**FIRST 6 MONTHS OF POST PETITION OPERATIONS**

| Month | Income | − | Expenses* | = | Profit/Loss |
|---|---|---|---|---|---|
| Oct | 11 700.00 | | 13971.00 | | − 2271.00 |
| Nov. | 19 700.00 | | 17112.00 | | 2588.00 |
| Dec | 11 700.00 | | 16072.00 | | − 4372.00 |
| Jan | 11 700.00 | | 16262.00 | | − 4562.00 |
| Feb | 26 700.00 | | 16022.00 | | 10678.00 |
| Mar | 14 700.00 | | 15872.00 | | − 1172.00 |
| Total | 96200.00 | | 95311.00 | | 889.00 |

**\*EXPENSES**

| | Costs of Sales | Salaries | Taxes | Insurance | Rent | Other | |
|---|---|---|---|---|---|---|---|
| 1. | NA | NA | NA | 2410.00 | 1400.00 | 10061.00 | |
| 2. | NA | NA | NA | 2410.00 | 1400.00 | 13302.00 | |
| 3. | NA | NA | NA | 2410.00 | 1400.00 | 12262.00 | |
| 4. | NA | NA | NA | 2410.00 | 1400.00 | 12452.00 | |
| 5. | NA | NA | NA | 2410.00 | 1400.00 | 12212.00 | |
| 6. | NA | NA | NA | 2410.00 | 1400.00 | 12062.00 | |
| Tot. | NA | NA | NA | 14460.00 | 8400.00 | 72457.00 | |

ATTACHMENT H

Case Name _Sanctuary Evangelistic Church, Inc._
Case Number _12-12616-M_

## DETAILED LISTING OF ACCOUNTS RECEIVABLE
## AND ACCOUNTS RECEIVABLE AGING REPORT

| Account Name | Total Due | Current (0-30) | Past Due (31-60) | Past Due (61-90) | Past Due (91-120) | Past Due >120 |
|---|---|---|---|---|---|---|

There are No accounts receivable.

**TOTAL**

**Designate with (\*) if due from insiders**

Attachment 1

| Furniture | Qty | Value | Office Mach/Elctrm. | Qty | Value | Value |
|---|---|---|---|---|---|---|
| **Apostle MJ** | | | | | | |
| Desk | 1 | 100 | | | 200 | 200 |
| Chairs | 3 | 125 | 100 Copier | 1 | 200 | 200 |
| File cabinet | 1 | 120 | 375 Computer | 1 | 100 | 100 |
| Chests | 2 | 175 | 120 Printer | 1 | | |
| Sofa | 1 | 250 | 350 | | | |
| Cedar cabinet | 1 | 350 | 350 | | | |
| **Sec. Office** | | | | | | |
| Chairs | 1 | 125 | 125 Fax | 1 | 125 | 125 |
| File cabinets | 3 | 110 | 330 Printer | 1 | 100 | 100 |
| Sec desk | 1 | 300 | 300 Computer | 1 | 125 | 125 |
| Platforms | 15 | 75 | 1125 Tel sys | 1 | 600 | 600 |
| **Book Store** | | | | | | |
| Stands | 2 | 400 | Television | 1 | 125 | 125 |
| Cash register | 1 | 75 | 75 | | | |
| Desk | 1 | 125 | 125 | | | |
| Chair | 1 | 50 | 50 | | | |
| Racks | 1 | 1000 | 1000 | | | |
| Merc.System | 1 | 200 | 200 | | | |
| Display cases | 2 | 200 | 400 | | | |
| | | | 0 | | | |
| | | | 0 | | | |
| **Fellowship Hall** | | | | | | |
| Chairs | 100 | 40 | 4000 Televisions | 2 | 5500 | 11000 |
| Metal chairs | 120 | 20 | 2400 | | | |
| Round Tables | 8 | 75 | 600 Projection screens | 1 | 400 | 400 |
| 8' Tables | 6 | 30 | 180 | | | |
| 6' tables | 5 | 30 | 150 | | | |

**Sanctuary**

| Item | Qty | Value | Item | Qty | Value | Total |
|---|---|---|---|---|---|---|
| Keyboard | 2 | 750 | 1000 Copier | 1 | 200 | 200 |
| Elec Piano | 1 | 10000 | 0 Speakers | 2 | 300 | 600 |
| Organs | 2 | 2500 | 0 Port audio sys | 1 | 500 | 500 |
| Drm sets | 2 | 500 | 0 | | | |
| Communion furn | 1 | 2500 | 1500 Sound board | 1 | 8000 | 8000 |
| Pulpits | 2 | 250 | 10000 Microphnes | 10 | 75 | 750 |
|  | 1 | 1500 | 5000 Amplifiers | 3 | 800 | 2400 |
|  |  |  | 1000 Speakers | 2 | 500 | 1000 |
|  |  |  | 2500 Seats | 425 | 50 | 21250 |
| Couches | 8 | 125 | 500 Computers | 2 | 400 | 800 |
|  |  |  | 1500 Video screens | 2 | 450 | 900 |
|  |  |  | 1500 Video Projectors | 2 | 1500 | 3000 |
|  |  |  | Sound system | 1 | 15000 | 15000 |

**Kitchen**

| Item | Qty | Value | | Total |
|---|---|---|---|---|
| Dishes | 8 | 500 | 500 | |
| Stemware |  | 500 | 320 | |
| Chafing dishes | 8 | 40 | | |

**Finance Dept**

| Item | Qty | Value | | Total |
|---|---|---|---|---|
| Chairs | 3 | 50 | | |
| Desk sectional | 1 | 1500 | 1650 Computer | 1 | 250 | 250 |
| File cabinets | 2 | 125 | | |
| Safes | 2 | 400 | | |

| Category | Item | | | |
|---|---|---|---|---|
| **Nursery One** | Couches | 2 | 400 | 800 |
| | Chairs | 3 | 225 | 675 |
| | Mirrors | 2 | 125 | 250 |
| | Cabinets | 2 | 200 | 400 |
| | Tables | 2 | 200 | 400 |
| | Conference Tables | 1 | 750 | 750 |
| **Rack** | | 2 | 200 | 400 |
| **Apos Lounge** | Confer Tab | 10 | 1200 | 0 |
| | Chairs | | 175 | 1750 |
| | Couches | 2 | 350 | 700 |
| | Tables | 4 | 75 | 300 |
| | Paintings | 6 | 50 | 300 |
| **General** | Water fount | 5 | 110 | 550 |
| | Tables | 32 | 45 | 1440 |
| | Ladders | 2 | 75 | 150 |
| | Paintings | 26 | 25 | 650 |
| **Educational** | | | | |
| **Daycare** | Tables | 22 | 40 | 880 |
| | Chairs | 88 | 20 | 1760 |
| | Cubicle units | 12 | 450 | 5400 |
| | Cots | 50 | 35 | 1750 |

TOTAL

59930

67625

| Appliances | | | |
|---|---|---|---|
| Refeigerators | 2 | 400 | 400 |
| Ranges | 2 | 1500 | 3000 |
| St St tables | 2 | 600 | 1200 |
| Microwaves | 2 | 120 | 240 |
| St. St. Storage Uni | 2 | 800 | 1600 |
| Freezer | 1 | 400 | 400 |
| Washer | 1 | 200 | 200 |
| Dryer | 1 | 250 | 250 |

7290

134845

**ATTACHMENT L, Page 1 of 2**

Case Name *Sanctuary Evangelistic Church, Inc*
Case Number *12 - 12616 - M*

## DEBTOR'S SECTION 345 CERTIFICATE

The following information reflects a true and accurate accounting of the Debtor's bank accounts and other cash deposits in any form with any institution.  I understand that it is the Debtor-in-possession's responsibility to comply with 11 U.S.C. §345 so that all funds of the estate are fully insured at all times, and I understand separate "Debtor-in-possession" accounts are to be maintained which include a General (Operating) Account and a Tax Account (if applicable, a Payroll Account and a Personal Account).

1.   The following information represents the balances of all Debtor's accounts *as of the date of this Initial Report*:

### DEBTOR-IN-POSSESSION ACCOUNTS

| Depository | Account Number | Opening Balance | Current Balance | Date Opened |
|---|---|---|---|---|
| Peoples Bank | 5833 | 2084.00 | 4739.56 | 10/01/12 |

2.   The following information represents the balances of all Debtor's accounts *as of the date the petition was filed*:

### PRE-PETITION ACCOUNTS

| Depository | Account Number | at Petition Date | Current Balance | Balance Date Closed |
|---|---|---|---|---|
| Peoples bank | 5742 | 73.30 | 6847.40 | not closed |
| Bank of America | | 0 | 0 | 07/07 |
| American Heritage Bank | 0556 | 6.77 | 6.77 | Open + inactive |
| Peoples bank | 8579 | 340.22 | 0 | 10/01/12 |

<u>**ATTACHMENT L, Page 2 of 2**</u>

**CASE NAME:** _Sanctuary Evangelistic Church, Inc._

**CASE NUMBER:** _12-12616-M_

The undersigned, Debtor-in-possession, certifies that the above financial institution with whom estate funds are deposited (Depository) has been informed that the U. S. Trustee Office requests that the depository submit, on a calendar-quarter basis, a report indicating the total amount credited to each bankruptcy estate account at the end of each calendar quarter from the date relief is granted until the date the case is dismissed, converted or a plan is confirmed.

DEBTOR(S)-IN-POSSESSION:

BY: _____

Name: _Mildred S Carter_

Title: _President_

BY: _Bert Brown_

Name: _Bert Brown_

Title: _Treasurer_

Address:

_1228 E. 5th St._

_Tulsa, OK 74120_

Telephone: _(918) 587-6445_