B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re: **SANCTUARY EVANGELISTIC CHURCH I.**
*Debtor*

Case No. 12-12616-M

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **SEPTEMBER**                    Date filed: **01/21/2013**

Line of Business: **RELIGIOUS ORGANIZATION**        NAISC Code: **813110**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Bert Brown*
Original Signature of Responsible Party

**BERT BROWN**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☑ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 2,970.10 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 73.30 |
| Cash on Hand at End of Month | $ | 3,043.41 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 2,664.78 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 2,412.63 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 2,970.63 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 2,462.63 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | 507.48 |

B 25C (Official Form 25C) (12/08)

# UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES  $  0.00**

*(Exhibit D)*

# MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES  $  0.00**

*(Exhibit E)*

# BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

# EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

# PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 2,970.12 | $ 2,970.12 |
| EXPENSES | $ 0.00 | $ 2,462.63 | $ 2,462.63 |
| CASH PROFIT | $ 0.00 | $ 507.48 | $ 507.48 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 11,700.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 13,971.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

## CONSOLIDATION STATEMENT AND REGISTER AT CLOSE
## SEPTEMBER REVENUE
## POST D.I.P. TRANSACTIONS

Consolidation of Accounts 45942 and 75833

Updated: 1/18/2013

| Date | Check # | Description | Credit |
|---|---|---|---|
| | | BEGINNING BALANCE | |
| 9/25/2012 | | DEPOSIT | 2242.00 |
| 9/25/2012 | | MERCHANT BANKCD DEPOSIT 267735762887 | 728.11 |
| 9/30/2012 | 45942 | Account Summary Balance | 2970.11 |
| | | BEGINNING BALANCE | |
| | | NOT OPENED UNTIL OCTOBER 10/01/12 | |
| | 78533 | Account Summary Balance | 0.00 |
| 9/30/2012 | | COMBINED REVENUE BALANCE TOTAL TO DATE | 2970.11 |

## CONSOLIDATION STATEMENT AND REGISTER AT CLOSE
## SEPTEMBER EXPENSES
## POST D.I.P. TRANSACTIONS

Updated: 1/19/2013

| Date | Check # | Description | Debit |
|---|---|---|---|
| 9/25/2012 | Elect | CITY OF TULSA CHOICE PAY COT/CHOICEPAY | 78.88 |
| 9/25/2012 | Elect | CITY OF TULSA CHOICE PAY COT/CHOICEPAY | 219.96 |
| 9/26/2012 | Elect | REDEPOSIT FEE | 5.00 |
| 9/26/2012 | Elect | DELTA DENTAL INS AR PAYMENT 11-100136007 | 109.30 |
| 9/28/2012 | Elect | SERVICE CHARGE | 49.49 |
| 9/28/2012 | Elect | TRANSFER TO 075833 ACCT. | 2000.00 |
| 9/30/2012 | 45942 | Account Summary Balance | 2462.63 |
| | | NOT OPENED UNTIL OCTOBER 10/01/12 | |
| 9/30/2012 | 78533 | Account Summary Balance | 0.00 |
| 9/30/2012 | | COMBINED REGISTER BALANCE TOTAL TO DATE | 2462.63 |

9:01 AM
12/18/12
Cash Basis

# Sanctuary Evangelistic Church Inc.
## Balance Sheet
### As of September 30, 2012

|  | Sep 30, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1 · Peoples State Bank | 541.39 |
| 2 · Bank of America | -54.33 |
| 2800 · SANCTUARY EVANGELISTIC CHURCH | 2,084.01 |
| 3 · American Heritage Bank | 3.78 |
| **Total Checking/Savings** | 2,574.85 |
| **Other Current Assets** | |
| 4 · SEC Okmulgee Bldg. & Facilities | 430,000.00 |
| 5 · SEC Tulsa Bldg. & Facilities | 1,116,000.00 |
| 6 · SEC Apartment Bldg. | 170,545.00 |
| 7 · Presentations Systems | 30,733.00 |
| **Total Other Current Assets** | 1,747,278.00 |
| **Total Current Assets** | 1,749,852.85 |
| **TOTAL ASSETS** | 1,749,852.85 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 3000 · Opening Bal Equity | 1,747,278.00 |
| 3900 · Retained Earnings | 12,254.33 |
| Net Income | -9,679.48 |
| **Total Equity** | 1,749,852.85 |
| **TOTAL LIABILITIES & EQUITY** | 1,749,852.85 |

7:38 AM
12/18/12
Cash Basis

# Sanctuary Evangelistic Church Inc.
## Profit & Loss by Class
### September 25 - 30, 2012

| | 11-000 General (10 Consolidated) | 12-000 General (10 Consolidated) | Total 10 Consolidated |
|---|---:|---:|---:|
| **Income** | | | |
| Gift Categories Revenue | | | |
| 1018 · Tithes | 2,970.12 | 0.00 | 2,970.12 |
| Total Gift Categories Revenue | 2,970.12 | 0.00 | 2,970.12 |
| **Total Income** | 2,970.12 | 0.00 | 2,970.12 |
| **Expense** | | | |
| Legal And Professional | | | |
| 1600 · Attorney Fees | 500.00 | 0.00 | 500.00 |
| Total Legal And Professional | 500.00 | 0.00 | 500.00 |
| Occupancy | | | |
| 1212 · Loan Payment Expense | 400.00 | 0.00 | 400.00 |
| 1214 · Maintenance of Building | 640.00 | 0.00 | 640.00 |
| 1232 · Natural Gas | 338.90 | 0.00 | 338.90 |
| 1238 · Water Usage | 219.96 | 0.00 | 219.96 |
| Total Occupancy | 1,598.86 | 0.00 | 1,598.86 |
| Office Supplies | | | |
| 1402 · Miscellaneous | 300.00 | 0.00 | 300.00 |
| Total Office Supplies | 300.00 | 0.00 | 300.00 |
| Salaries | | | |
| 1132 · Dental Insurance | 319.69 | 0.00 | 319.69 |
| 1134 · Rental Insurance | 551.13 | 0.00 | 551.13 |
| 1140 · Home Water & Refuge | 78.88 | 0.00 | 78.88 |
| Total Salaries | 949.70 | 0.00 | 949.70 |
| Travel And Entertainment | | | |
| 1599 · Other | 2,000.00 | 0.00 | 2,000.00 |
| Total Travel And Entertainment | 2,000.00 | 0.00 | 2,000.00 |
| 1700-1 · Miscellenous Expenses | | | |
| 1704 · Bank Charges | 444.90 | 0.00 | 444.90 |
| 1799 · Other | 0.00 | 9,005.00 | 9,005.00 |
| Total 1700-1 · Miscellenous Expenses | 444.90 | 9,005.00 | 9,449.90 |
| **Total Expense** | 5,793.46 | 9,005.00 | 14,798.46 |
| **Net Income** | -2,823.34 | -9,005.00 | -11,828.34 |

Page 1

**peoplesbank**
P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

ACCOUNT: 45942
DOCUMENTS: 59
PAGE: 1
09/28/2012
Account Statement
Member FDIC

>01092 7778159 001 092047

SANCTUARY EVANGELISTIC CHURCH
P O BOX 1737
TULSA OK  74101-1737

30
12
47

================================================================
                  Business Checking ACCOUNT 45942
================================================================

```
              LAST STATEMENT 08/31/12        3,494.11
                     21 CREDITS             40,100.11
                     70 DEBITS              43,013.44
              THIS STATEMENT 09/28/12          580.78
```

- - - - - - - - - - - DEPOSITS - - - - - - - - - - - -

```
REF #....DATE......AMOUNT  REF #....DATE......AMOUNT  REF #....DATE......AMOUNT
         09/04   1,107.00           09/17     940.00           09/20   3,020.00
         09/07   3,909.00           09/17   9,823.00           09/24     475.00
         09/10     503.00           09/18   1,542.00           09/25   2,242.00
         09/10   1,400.00           09/19   3,122.00
```

- - - - - - - - - OTHER CREDITS - - - - - - - - - -

```
DESCRIPTION                                     DATE         AMOUNT
MERCHANT BANKCD DEPOSIT 267735762887            09/04      2,000.10
MERCHANT BANKCD DEPOSIT 267735762887            09/05         33.52
MERCHANT BANKCD DEPOSIT 267735762887            09/10        143.88
MERCHANT BANKCD DEPOSIT 267735762887            09/11        340.15
MERCHANT BANKCD DEPOSIT 267735762887            09/18      1,646.47
DEPOSIT CORRECTION                              09/19          8.00
MERCHANT BANKCD DEPOSIT 267735762887            09/19      5,181.87
MERCHANT BANKCD DEPOSIT 267735762887            09/20        391.48
MERCHANT BANKCD DEPOSIT 267735762887            09/21      1,543.53
MERCHANT BANKCD DEPOSIT 267735762887            09/25        728.11
```



- - - - - - - - - CHECKS - - - - - - - - - -

```
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
13503*09/07       60.00     13510 09/11      200.00     13516 09/07    2,000.00
13505 09/07      181.66     13511 09/07    1,015.67     13517 09/10    1,000.00
13506 09/05    1,400.00     13512 09/07      700.00     13518 09/12       83.88
13507 09/04       99.85     13513 09/11       72.56     13519 09/12      230.78
13508 09/05      165.68     13514 09/05      300.00     13520*09/11    1,200.00
13509 09/05      183.64     13515 09/10      172.74     13522 09/17      218.26
                     * * *  C O N T I N U E D  * * *
```



**peoplesbank**
P.O. BOX 50000 · TULSA, OK 74150
www.peoplesbanktulsa.com

PAGE: 2   Account Statement
ACCOUNT: 45942   09/28/2012
DOCUMENTS: 59
Member FDIC

## SANCTUARY EVANGELISTIC CHURCH

============================================================
Business Checking ACCOUNT 45942
============================================================

- - - - - - - - - CHECKS - - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13523 | 09/11 | 200.00 | 13533 | 09/18 | 172.37 | 13543 | 09/24 | 150.00 |
| 13524 | 09/18 | 175.91 | 13534 | 09/18 | 100.00 | 13544 | 09/24 | 100.00 |
| 13525 | 09/18 | 131.88 | 13535 | 09/18 | 50.00 | 13545* | 09/24 | 50.00 |
| 13526 | 09/14 | 600.00 | 13536 | 09/25 | 200.00 | 13547 | 09/25 | 3,500.00 |
| 13527 | 09/18 | 282.10 | 13537 | 09/19 | 450.00 | 13548 | 09/25 | 500.00 |
| 13528 | 09/19 | 113.02 | 13538 | 09/19 | 100.00 | 13549* | 09/24 | 500.00 |
| 13529 | 09/18 | 100.00 | 13539 | 09/19 | 100.00 | 13551* | 09/25 | 140.00 |
| 13530 | 09/18 | 200.00 | 13540 | 09/25 | 300.00 | 13553* | 09/21 | 7,000.00 |
| 13531 | 09/18 | 200.00 | 13541 | 09/19 | 8,000.00 | 13555 | 09/24 | 3,000.00 |
| 13532 | 09/19 | 200.00 | 13542 | 09/24 | 175.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT | |
|---|---|---|---|
| MERCHANT BANKCD INTERCHNG 267735762887 | 09/04 | .70 | 55.28 |
| MERCHANT BANKCD FEE 267735762887 | 09/04 | 54.58 | |
| MODERN WOODMEN INSPREMIUM 7936455 120901 | 09/05 | 781.90 | |
| UnitedHealthcare PREMIUM 3046014391 | 09/05 | 1,090.75 | |
| GPM LIFE INS CO INS. PREM. XXXXX4410 GPM | 09/06 | 194.31 | |
| MERCHANT BANKCD FEE 267735762887 | 09/10 | 9.00 | |
| PROG NORTHERN INS PREM 01662373 ,SANCT | 09/11 | 88.40 | |
| REDEPOSIT FEE | 09/19 | 5.00 | 45.00 |
| Telecheck INV092012D 0380666476 | 09/19 | 40.00 | |
| ATT Payment 820577002EVR1N | 09/21 | 311.72 | |
| BILLMATRIX BILLPAYFEE 9648950042 | 09/24 | 2.95 | 10.90 |
| BILLMATRIX BILLPAYFEE 9648968792 | 09/24 | 2.95 | |
| REDEPOSIT FEE | 09/24 | 5.00 | |
| OK NATURAL GAS UTIL PAYMT 110596371749500 | 09/24 | 41.49 | |
| OK NATURAL GAS UTIL PAYMT 110497641741898 | 09/24 | 113.64 | |
| AEP PUBLIC SERVI BILL PAY 9648968791 | 09/24 | 251.67 | |
| AEP PUBLIC SERVI BILL PAY 9648950041 | 09/24 | 1,481.75 | |
| CITY OF TULSA CHOICEPAY COT/CHOICEPAY | 09/25 | 78.88 | |
| CITY OF TULSA CHOICEPAY COT/CHOICEPAY | 09/25 | 219.96 | |
| REDEPOSIT FEE | 09/26 | 5.00 | |
| DELTA DENTAL INS AR PAYMENT 11-100136007 | 09/26 | 109.30 | |
| SERVICE CHARGE | 09/28 | 49.49 | |
| TRANSFER TO 075833 | 09/28 | 2,000.00 | |



- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR BALANCE FEE:      10.00
TOTAL CHARGE FOR DR ITEM FEE:      13.00
TOTAL CHARGE FOR CR ITEM FEE:      15.20


111.18

* * * C O N T I N U E D * * *

**peoplesbank**

P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

PAGE: 3 Account Statement
ACCOUNT: 45942    09/28/2012
DOCUMENTS: 59
Member FDIC

SANCTUARY EVANGELISTIC CHURCH

======================================================================
Business Checking ACCOUNT 45942
======================================================================

### - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

```
TOTAL CHARGE FOR ON-US DEP ITEM FEE:            .56
TOTAL CHARGE FOR TRANSIT DEP ITEM FEE:        12.53
TOTAL BALANCE CR:                              1.80-
                                             --------
       TOTAL SERVICE CHARGE PAID:             49.49
```

### - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
***********************************************************************
*                        | TOTAL FOR      | TOTAL               *
*                        | THIS PERIOD    | YEAR TO DATE        *
*------------------------|----------------|---------------------*
* TOTAL OVERDRAFT FEES:  |       $.00     |      $399.34        *
*------------------------|----------------|---------------------*
* TOTAL RETURNED ITEM FEES: |    $.00     |          $.00       *
***********************************************************************
```

### - - - - - - - DAILY BALANCE - - - - - - - -

| DATE  | BALANCE   | DATE  | BALANCE    | DATE  | BALANCE    |
|-------|-----------|-------|------------|-------|------------|
| 09/04 | 6,446.08  | 09/12 | 1,444.66   | 09/21 | 10,112.75  |
| 09/05 | 2,557.63  | 09/14 |   844.66   | 09/24 | 4,713.30   |
| 09/06 | 2,363.32  | 09/17 | 11,389.40  | 09/25 | 2,744.57   |
| 09/07 | 2,314.99  | 09/18 | 13,165.61  | 09/26 | 2,630.27   |
| 09/10 | 3,180.13  | 09/19 | 12,469.46  | 09/28 |   580.78   |
| 09/11 | 1,759.32  | 09/20 | 15,880.94  |       |            |


Posted 9/04/12          $1,107.00


Posted 9/07/12          $3,909.00


Posted 9/10/12          $503.00


Posted 9/10/12          $1,400.00


Posted 9/17/12          $940.00


Posted 9/17/12          $9,823.00


Posted 9/19/12          $8.00



| Posted 9/19/12 $3,122.00 | Posted 9/20/12 $3,020.00 |



| Posted 9/24/12 $475.00 | Posted 9/25/12 $2,242.00 |



| #13503 Posted 9/07/12 $60.00 | #13505 Posted 9/07/12 $181.66 |



| #13506 Posted 9/05/12 $1,400.00 | #13507 Posted 9/04/12 $99.85 |



#13508   Posted 9/05/12   $165.68

#13509   Posted 9/05/12   $183.64



#13510   Posted 9/11/12   $200.00

#13511   Posted 9/07/12   $1,015.67



#13512   Posted 9/07/12   $700.00

#13513   Posted 9/11/12   $72.56



#13514   Posted 9/05/12   $300.00





45942  PAGE 8 of 11


#13525  Posted 9/18/12   $131.88


#13526  Posted 9/14/12   $600.00


#13527  Posted 9/18/12   $282.10


#13528  Posted 9/19/12   $113.02


#13529  Posted 9/18/12   $100.00


#13530  Posted 9/18/12   $200.00


#13531  Posted 9/18/12   $200.00


#13532  Posted 9/19/12   $200.00

45942 PAGE 9 of 11



#13533 Posted 9/18/12 $172.37
#13534 Posted 9/18/12 $100.00
#13535 Posted 9/18/12 $50.00
#13536 Posted 9/25/12 $200.00
#13537 Posted 9/19/12 $450.00
#13538 Posted 9/19/12 $100.00
#13539 Posted 9/19/12 $100.00
#13540 Posted 9/25/12 $300.00

45942                                                                    PAGE 10   of 11



#13541   Posted 9/19/12   $8,000.00        #13542   Posted 9/24/12   $175.00



#13543   Posted 9/24/12   $150.00          #13544   Posted 9/24/12   $100.00





#13545   Posted 9/24/12   $50.00           #13547   Posted 9/25/12   $3,500.00



#13548   Posted 9/25/12   $500.00          #13549   Posted 9/24/12   $500.00

#13551   Posted 9/25/12      $140.00

#13553   Posted 9/21/12      $7,000.00

#13555   Posted 9/24/12      $3,000.00