**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

Filed/Docketed
Jan 23, 2013

IN RE:

**SANCTUARY EVANGELISTIC
CHURCH, INC.,**

**Case No. 12-12616-M
Chapter 11**

**Debtor.**

**ORDER FIXING TIME WITHIN WHICH
TO FILE PROOFS OF CLAIM**

Pursuant to the Motion to Fix Claims Filing Bar Date filed by the debtor and upon a finding that the fixing of a time within which to file proofs of claim in this Chapter 11 case is appropriate pursuant to BR 3003(c)(3),

IT IS THEREFORE ORDERED that **March 25, 2013**, is fixed as the last date within which proofs of claim may be filed in the above case. A proof of claim need not be filed if the claim is listed for the correct amount and type by the Debtor in its schedules and is not listed therein as "disputed", "contingent" or "unliquidated".

IT IS FURTHER ORDERED that this order and a proof of claim form conforming to Official Form 10 shall be distributed by the Debtor to all creditors and parties in interest within five (5) days of the date of this Order.

Dated this 23rd day of January, 2013.

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT