IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Sanctuary Evangelistic Church, Inc. | ) | Case No. 12-12616-M |
| | ) | Chapter 11 |
| | ) | |
| **DEBTORS** | ) | |

### AMENDMENT TO THIRD AMENDED PLAN OF REORGANIZATION

COMES NOW, Sanctuary Evangelistic Church, Inc., Debtor and Debtor in Possession, by and through it's attorney of record, Jerry L. Gunter, and hereby submits an amendment to its Third Amended Plan of Reorganization filed on 3/8/2013, dkt. no. 58 and scheduled for a confirmation hearing on April 30, 2013.  Debtor requests that the Court consider the following amendment to the Third Amended Plan of Reorganization at the Confirmation Hearing:

1. The Third Amended Plan erroneously stated that the Class 3 Creditors, the unsecured creditors, were an unimpaired class when in fact they are an impaired class being paid 100% over 60 months.

2. The Third Amended Plan should be amended to read that the Class 3 Creditors are Impaired and not as Unimpaired.

3. The amendment does not substantively affect any of the parties.

Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

### CERTIFICATE OF MAILING

I, Jerry L. Gunter, hereby certify that on the date this pleading was filed with the Court, a true and correct copy was electronically mailed to the party or parties indicated on the attached electronic notice and mailed by first class mail, prepaid to the official mailing matrix.

 /s/Jerry L. Gunter
Jerry L. Gunter

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1085-4<br>Case 12-12616-M<br>Northern District of Oklahoma<br>Tulsa<br>Wed Apr 24 16:50:29 CDT 2013 | AIrvantage, LLC<br>c/o Casey Montray<br>4724 S. Detroit Ave<br>Tulsa, OK 74105-4424 | American Heritage Bank<br>PO Box 419<br>Beggs, OK 74421-0419 |
| American Heritage Bank<br>c/o Sam T. Allen, IV<br>PO Box 230<br>Sapulpa, Ok 74067-0230 | BOKF NA<br>PO Box 35688<br>Tulsa, OK 74153-0688 | BOKF, N.A. c/o kent E. Renfrow, Atty<br>8906 E. skelly Dr<br>Tulsa, Ok 74129-3400 |
| CHIEF OFC OF SPEC LITIGATION<br>US Dept of Justice-Tax Div<br>P.O. Box 7238<br>Washington, DC 20044-7238 | Jerry L. Gunter<br>Winters, King & Associates<br>2448 East 81st Street, Suite 5900<br>Tulsa, OK 74137-4259 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kent Renfrow<br>8906 East Skelly Drive<br>Tulsa, OK 74129-3400 | McDaniel Acord, PLLC<br>320 S. Boston, Ste. 700<br>Tulsa, OK 74103-3716 | Terrence L. Michael<br>224 South Boulder Ave<br>Tulsa, OK 74103-3006 |
| Office of the United States Trustee<br>224 South Boulder Avenue<br>Suite 225<br>Tulsa, OK 74103-3026 | Okla Empl. Sec. Comm.<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Empl. Sec. Comm.<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Natural Gas<br>PO Box 21019<br>Tulsa, Ok 74121-1019 | Oklahoma Tax Commission<br>120 N. Robinson - Suite 2000W<br>Oklahoma City, OK 73102-7801 | Shanann Passley<br>Eller and Detrich<br>2727 E. 21st Street, Suite 200<br>Tulsa, OK 74114-3533 |
| Kent E. Renfrow<br>8906 East Skelly Drive<br>Tulsa, OK 74129-3400 | S & J. Contractors, Inc.<br>309  N. Hickory Ave.<br>Tulsa, OK | Sanctuary Evangelistic Church, Inc.<br>PO Box 1737<br>Tulsa, OK 74101-1737 |
| Second Image, Inc.<br>1867 N 105th E Ave<br>Tulsa, OK 74116-1513 | Terrye Townes<br>244 East Oklahoma Pl.<br>Tulsa, OK 74106 | Tulsa County Treasurer<br>500 S. Denver<br>Tulsa, OK 74103-3840 |
| U.S. Attorney<br>110 West Seventh Street<br>Suite 300<br>Tulsa, OK 74119-1013 | US SEC & EXCHANGE COMM.<br>Midwest Regional Office<br>175 W. Jackson Boulevard, Ste 900<br>Chicago, IL 60604-2815 | US Security & Exchange Comm.<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BOKF, N.A. C/O KENT E. RENFROW,  (u)BOKF, N.A. c/o Kent E. Renfrow, Atty  (u)Indian Health Care Resource Center of Tuls

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29