IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

IN RE:                                                          )
Sanctuary Evangelistic Church, Inc.          ) Case No. 12-12616-M
                                                                 ) Chapter 11
                                                                 )
**DEBTOR(S)**                                          )

## EXHIBIT LIST

Date of Hearing:     4/30/2013

Exhibit List of:     Sanctuary Evangelistic Church, Inc.

**EXHIBITS EXPECTED TO BE OFFERED**

| EXHIBIT NO. | IDENTIFICATION | ADMIT | DENY |
|---|---|---|---|
| A. | Third Amended Plan of Reorganization | | |
| B. | Second Amended Disclosure Statement | | |
| C. | 5 Year Projected Cash Flow Statement | | |
| D. | April Income and Expense Summary | | |
| E. | September to March Filed MOR's | | |
| F. | Amended Schedule B | | |
| G. | All exhibits of all other parties. | | |

Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

## **CERTIFICATE OF SERVICE**

      I, Jerry L. Gunter, hereby certify that on the day of filing this pleading, a true and correct copy, was electronically mailed to the party or parties indicated on the attached electronic notice.

                                                *s/Jerry L. Gunter*
                                                Jerry L. Gunter