IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                                      )
Sanctuary Evangelistic Church, Inc.       ) Case No. 12-12616-M
                                                            ) Chapter 11
                                                            )
**DEBTOR(S)**                                   )

## WITNESS LIST

Date of Hearing:     4/30/2013

Witness List of:     Sanctuary Evangelistic Church, Inc.

**WITNESSES EXPECTED TO BE PRESENT AND WHO MAY BE CALLED TO TESTIFY:**

| Witness No | Name | ADDRESS | TELEPHONE NO. |
|---|---|---|---|
| 1. | Bert Brown Treasurer, Sanctuary Evangelistic Church, Inc. | C/O Jerry L. Gunter<br>2448 East 81st Street, Suite 5900<br>Tulsa, OK | 918-494-6868 |
| 2. | Milford Carter, President, Sanctuary Evangelistic Church, Inc. | C/O Jerry L. Gunter<br>2448 East 81st Street, Suite 5900,<br>Tulsa, OK | 918-494-6868 |
| 3. | Marty Ott, Vice President BOKF, NA | C/O Samuel S. Ory<br>Frederic Dorwart Lawyers<br>Old City Hall<br>124 East 4th Street<br>Tulsa, OK 74103 | 918-593-9922 |
| 4. | Gene Dillard, Office 1st Premier Bank | C/O Jerry L. Gunter<br>2448 East 81st Street, Suite 5900<br>Tulsa, OK | 918-494-6868 |
| 5. | All Witnesses of Any Other Party | | |
| | | | |

Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616-M
) Chapter 11
)
**DEBTOR(S)** )

**AMENDED EXHIBIT LIST**

Date of Hearing:     4/30/2013

Exhibit List of:     Sanctuary Evangelistic Church, Inc.

**EXHIBITS EXPECTED TO BE OFFERED**

| **EXHIBIT NO.** | **IDENTIFICATION** | **ADMIT** | **DENY** |
|---|---|---|---|
| 1. | Third Amended Plan of Reorganization | | |
| 2. | Second Amended Disclosure Statement | | |
| 3. | BOKF Proof of Claim no. 4 | | |
| 4. | April Income and Expense Summary | | |
| 5. | September to March Filed MOR's | | |
| 6. | Amended Schedule B | | |
| 7. | All exhibits of all other parties. | | |

Respectfully submitted,

 /s/Jerry L. Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

## **CERTIFICATE OF SERVICE**

  I, Jerry L. Gunter, hereby certify that on the day of filing this pleading, a true and correct copy, was electronically mailed to the party or parties indicated on the attached electronic notice.

*s/Jerry L. Gunter*
Jerry L. Gunter
