IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | |
|---|---|
| IN RE: | ) |
| Sanctuary Evangelistic Church, Inc. | ) Case No.  12-12616-M |
| | ) Chapter 11 |
| | ) |
| **DEBTOR(S)** | ) |

### REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

Sanctuary Evangelistic Church, Inc., the Debtors-In-Possession herein, report to the Court as follows:

1. The following acceptances and rejections have been received:

    Class 1 –    <u>Secured Claim of American Heritage Bank</u>

    Not received

    Class 2 -    <u>Secured Claim of BOKF, NA</u>

    BOKF, NA– **rejects** not less than $264,312.53

    Class 3 -    <u>Unsecured Claims</u>

    McDaniel Acord, PLLC– accepts  $18,991.10
    Airvantage, LLC – accepts       <u>$ 2,810.00</u>

    Total        $21,801.10

    2 of 2 ballots accepted = 100% acceptance

    Class 4 -   <u>Administrative Convenience Claims</u>

    S & J Contractors, Inc. – accepts    $ 3,000.00

    Total        <u>$ 3,000.00</u>

    1 of 1 ballots accepted = 100% acceptance

2. There are no court costs currently due and owing to the office of the Clerk of the Bankruptcy Court.

3. There are no administrative claims to be heard, except upon application, for professional fees.

4. There are no waivers per Section 1129(a)(9).

5. The Debtors, by counsel, submit that pursuant to the foregoing sufficient acceptances have been received to confirm the Debtors' Third Amended Chapter 11 Plan of Reorganization filed March 8, 2013.

6. At the present time, it appears possible that an agreement will be made with BOKF, NA and American Heritage Bank.

7. Issues related to voting should be considered at confirmation.

Dated this 29th day of April, 2013.

                                        Respectfully submitted,

                                        /s/Jerry L. Gunter
                                        Jerry L. Gunter, OBA # 17041
                                        WINTERS & KING, INC
                                        2448 East 81st Street, Ste 5900
                                        Tulsa, OK 74137-4259
                                        Ph: (918) 494-6868
                                        Fx: (918) 491-6297
                                        jgunter@wintersking.com

**CERTIFICATE OF SERVICE**

I, Jerry L. Gunter, hereby certify that on the date this pleading was filed, a true and correct copy was electronically mailed to the party or parties indicated on the attached electronic notice.

                                        /s/ Jerry L Gunter
                                        Jerry L. Gunter

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616-M
) Chapter 11
)
DEBTORS )

## CLASS 2 BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Sanctuary Evangelistic Church, Inc. filed a plan of reorganization dated 3/8/2013 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137, 918-494-6868 telephone, 918-491-6297 or jgunter@wintersking.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137 on or before 4/25/2013, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor in the unpaid amount of $264,312.53.

[ ] ACCEPTS THE PLAN               [X] REJECTS THE PLAN

Dated: 4/12/13

Print or Type Name: MARTY OTT

Signature: _____

Title (if corporation or partnership): VICE PRESIDENT

Address: P.O. BOX 2300
TULSA, OK 74192

RETURN THE BALLOT TO:

Jerry L. Gunter
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616-M
) Chapter 11
)
DEBTORS )

### CLASS 3 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Sanctuary Evangelistic Church, Inc. filed a plan of reorganization dated 3/8/2013 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137, 918-494-6868 telephone, 918-491-6297 or jgunter@wintersking.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137 on or before 4/25/2013, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

As the holder of a Class 3 unsecured claim you are entitled to make a choice as to which of two classes your claim is included. You may make your choice by marking the appropriate selection below. Please refer to the Plan for details about the treatment of Class 3 and Class 4.

If you do not indicate a choice, then your claim will be included in Class 3 if the dollar amount of your claim is greater than $3,000.00 or Class 4 if the dollar amount of your claims is less than $3,000.00.

I hereby elect to have my claim treated in the following unsecured class under the Plan:

[___] Class 4. My claim is less than $3,000.00 and I elect to have my claim treated in this Class 3.

[___] Class 4. My claim is more than $3,000.00, but I elect to have my claim reduced to $3,000.00 and to have such reduced claim treated in Class 4.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $18,991.10.

[X] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

Dated: 3/28/2013

Print or Type Name: A. Scott McDaniel for McDaniel Acord, PLLC

Signature: A. Scott McDaniel

Title (if corporation or partnership): Manager

Address: 320 S. Boston Ave Ste 700
Tulsa, OK 74103

RETURN THE BALLOT TO:

Jerry L. Gunter
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616-M
) Chapter 11
)
**DEBTORS** )

## CLASS 4 BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Sanctuary Evangelistic Church, Inc. filed a plan of reorganization dated 3/8/2013 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137, 918-494-6868 telephone, 918-491-6297 or jgunter@wintersking.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137 on or before 4/25/2013, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

As the holder of a Class 3 unsecured claim you are entitled to make a choice as to which of two classes your claim is included. You may make your choice by marking the appropriate selection below. Please refer to the Plan for details about the treatment of Class 3 and Class 4.

If you do not indicate a choice, then your claim will be included in Class 3 if the dollar amount of your claim is greater than $3,000.00 or Class 4 if the dollar amount of your claims is less than $3,000.00.

I hereby elect to have my claim treated in the following unsecured class under the Plan:

[____] Class 4. My claim is less than $3,000.00 and I elect to have my claim treated in this Class 3.

[____] Class 4. My claim is more than $3,000.00, but I elect to have my claim reduced to $3,000.00 and to have such reduced claim treated in Class 4.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of $2,810.00.

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 3/29/13

Print or Type Name: Casey Montray

Signature: _____

Title (if corporation or partnership): Owner

Address: 4724 S. Detroit Ave.
Tulsa, OK 74105

RETURN THE BALLOT TO:

Jerry L. Gunter
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
Sanctuary Evangelistic Church, Inc. ) Case No. 12-12616-M
) Chapter 11
)
DEBTORS )

## CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Sanctuary Evangelistic Church, Inc. filed a plan of reorganization dated 3/8/2013 (the "Plan") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137, 918-494-6868 telephone, 918-491-6297 or jgunter@wintersking.com. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Jerry L. Gunter, 2448 East 81st Street, Suite 5900, Tulsa, OK 74137 on or before 4/25/2013, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

As the holder of a Class 3 unsecured claim you are entitled to make a choice as to which of two classes your claim is included. You may make your choice by marking the appropriate selection below. Please refer to the Plan for details about the treatment of Class 3 and Class 4.

If you do not indicate a choice, then your claim will be included in Class 3 if the dollar amount of your claim is greater than $3,000.00 or Class 4 if the dollar amount of your claims is less than $3,000.00.

I hereby elect to have my claim treated in the following unsecured class under the Plan:

[ ] Class 4. My claim is less than $3,000.00 and I elect to have my claim treated in this Class 3.

[✓] Class 4. My claim is more than $3,000.00, but I elect to have my claim reduced to $3,000.00 and to have such reduced claim treated in Class 4.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $3,000.00.

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: 3/21/13

Print or Type Name: Rick Turner

Signature: _Rick Turner_

Title (if corporation or partnership): Owner

Address: 309 North Hickory Ave
Broken Arrow, OK 74012

RETURN THE BALLOT TO:

Jerry L. Gunter
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com