# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA
# TULSA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sanctuary Evangelistic Church, Inc. | ) Case No. 12-12616-M |
| | ) Chapter 11 |
| | ) |
| **DEBTOR(S)** | ) |
| | ) |

## DEBTOR IN POSSESSION'S STATUS REPORT

**COMES NOW** Debtor in Possession, Sanctuary Evangelistic Church, Inc., pursuant to this Court's requirement as stated at the Confirmation Hearing on April 30, 2013, respectfully submit this status report, as follows:

1. Debtor requested that funds paid to American Heritage Bank after the filing of the case under Chapter 11 of the US Bankruptcy Code be refunded back to the Debtor in Possession.

2. American Heritage Bank returned the funds on May 17, 2013.

3. Debtors will pay American Heritage Bank according to the confirmed chapter 11 plan.

WHEREFORE Plaintiff respectfully submits this status report for the court's review and requests an additional none days.

Respectfully submitted,
WINTERS & KING, INC.

 /s/ Jerry L Gunter
Jerry L. Gunter, OBA # 17041
WINTERS & KING, INC
2448 East 81st Street, Ste 5900
Tulsa, OK 74137-4259
Ph: (918) 494-6868
Fx: (918) 491-6297
jgunter@wintersking.com