# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: } | |
| } | |
| SANCTUARY EVANGELISTIC CHURCH, INC., } | Case No.: 12-12616-M |
| } | |
| Debtor } | Chapter 11 |
| } | |

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

Sanctuary Evangelistic Church, Inc., ("Sanctuary") the above captioned Debtor-in-Possession, submits its Final Report and moves this Court for entry of a Final Decree and an order closing this case pursuant to 11 U.S.C. § 350 and F.R.Bankr.P. 3022. In support hereof, Sanctuary would state as follows:

1. This Court entered an Order Confirming Debtor's Third Amended Plan of Reorganization on May 20, 2013.

2. The Order Confirming the Third Amended Plan of Reorganization is final.

3. Sanctuary's Third Amended Plan of Reorganization has been "substantially consummated", as that term is defined in 11 U.S.C. § 1101(2), in that:

   a. Transfer of all or substantially all of the property proposed by the Third Amended Plan of Reorganization to be transferred,

   b. Assumption by Sanctuary of the business and property dealt with by the Third Amended Plan of Reorganization to be transferred,

   c. Distribution under the Third Amended Plan of Reorganization has commenced,

   d. Sanctuary has completed all matters to be completed upon the Effective Date, and

   e. There are no pending adversary proceedings or contested matters which would affect the substantial consummation of the Third Amended Plan of Reorganization.

1

4. Distributions required by the Plan have been paid as follows:

| Description | Claimant | Allowed Claim | Plan Payment Required | Plan Payment Made |
|---|---|---|---|---|
| Administrative | Winters & King | $11,148.36 | $11,148.36 | $0.00 |
| Secured | American Heritage Bank | $4,969.74 | $289.98 | $96.66 |
| Secured | BOKF NA | $264,312.53 | $8,704.02 | $3,194.45 |
| Unsecured | General Unsecured Creditors | $35,229.89 | $1,761.30 | $6,093.45 |

5. Sanctuary requests the entry of a Final Decree closing this bankruptcy case pursuant to 11 U.S.C. § 350 and F.R.Bankr.P. 3022.

6. The undersigned is authorized to represent that the Office of the United States Trustee has no objection to the entry of a Final Decree closing this bankruptcy case.

WHEREFORE, Sanctuary prays for entry of a Final Decree pursuant to F.R.Bankr.P. 3022 finding that the estate has been fully administered and that the Plan has been substantially consummated.

| | |
|---|---|
| */s/ Greggory T. Colpitts* | October 6, 2013 |
| Greggory T. Colpitts, OBA No.: 14381 | Date |

**The Colpitts Law Firm**
6506 South Lewis, Suite 175
Tulsa, OK  74136-1079
918-747-9747
greg@colpittslawfirm.us
Attorney for Sanctuary Evangelistic Church, Inc.