**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | } | |
| | } | |
| SANCTUARY EVANGELISTIC CHURCH, INC., | } | Case No.: 12-12616-M |
| | } | |
| Debtor | } | Chapter 11 |
| | } | |

# THIRD QUARTER 2013 OPERATING REPORT

*/s/ Greggory T. Colpitts*                                   October 11, 2013
Greggory T. Colpitts, OBA No.: 14381               Date
**The Colpitts Law Firm**
6506 South Lewis, Suite 175
Tulsa, OK  74136-1079
918-747-9747
greg@colpittslawfirm.us
Attorney for Sanctuary Evangelistic Church, Inc.

# Sanctuary Evangelistic Church, Inc.
## Apostles Milford & Evelyn Carter, Senior Pastors
1228 E. 5th Street    (5th & S. Peoria)    Tulsa, OK 74120    (918) 587-6445

## CONSOLIDATION STATEMENT AND REGISTER AT CLOSE
## JUL REVENUE

Updated: 8/7/2013

| Date | Check # | Description | | Credit |
|---|---|---|---|---|
| 6/28/2013 | | BEGINNING BALANCE | | 19616.88 |
| 7/2/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1016.17 |
| 7/9/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1037.88 |
| 7/15/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 47.98 |
| 7/16/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 841.54 |
| 7/23/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1253.10 |
| 7/29/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1887.60 |
| 7/30/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1019.14 |
| 7/31/2013 | 45942 | Account Summary Balance | | 7103.41 |
| 6/28/2013 | | BEGINNING BALANCE | | 8324.30 |
| 7/1/2013 | | DEPOSIT | | 1196.00 |
| 7/8/2013 | | DEPOSIT | | 3292.00 |
| 7/9/2013 | | Transfer to Checking | | 8000.00 |
| 7/15/2013 | | DEPOSIT | | 1500.00 |
| 7/15/2013 | | DEPOSIT | | 1878.00 |
| 7/19/2013 | | Transfer to Checking | | 6000.00 |
| 7/22/2013 | | DEPOSIT | | 1081.00 |
| 7/31/2013 | 78533 | Account Summary Balance | | 22947.00 |
| 7/31/2013 | | COMBINED REVENUE BALANCE TOTAL TO DATE | | 30050.41 |

REVENUE OVERSTATED BY $14,000 TRANSFERS BETWEEN ACCOUNTS ACCUAL EQUALS    16050.41

BEGINNING REVENUE PLUS REVENUE TO DATE FOR MONTH EQUALS    43991.59

EXPENSES FOR THE MONTH    28287.95

ENDING REVENUE BALANCE    15703.64

Mailing Address: P.O. BOX 1737 Tulsa, OK 74101

# Sanctuary Evangelistic Church, Inc.
## Apostles Milford & Evelyn Carter, Senior Pastors
1228 E. 5th Street   (5th & S. Peoria)   Tulsa, OK 74120   (918) 587-6445

## CONSOLIDATION STATEMENT AND REGISTER AT CLOSE
## AUG REVENUE

Updated: 9/3/2013

| Date | Check # | Description | Credit |
|---|---|---|---|
| 7/31/2013 | | BEGINNING BALANCE | 10336.39 |
| 8/6/2013 | Elect | MERCHANT BANKCD DEPOSIT 887 | 736.27 |
| 8/19/2013 | Elect | MERCHANT BANKCD DEPOSIT 887 | 388.36 |
| 8/26/2013 | Elect | MERCHANT BANKCD DEPOSIT 887 | 226.29 |
| 8/26/2013 | Elect | MERCHANT BANKCD DEPOSIT 887 | 810.03 |
| 8/29/2013 | Elect | MERCHANT BANKCD DEPOSIT 887 | 4241.67 |
| 8/30/2013 | 45942 | Account Summary Balance | 6402.62 |
| 7/31/2013 | | BEGINNING BALANCE | 5367.25 |
| 8/1/2013 | | DEPOSIT | 911.00 |
| 8/5/2013 | | DEPOSIT | 1411.00 |
| 8/8/2013 | | Transfer to Checking | 7500.00 |
| 8/12/2013 | | DEPOSIT | 907.00 |
| 8/12/2013 | | DEPOSIT | 1513.00 |
| 8/12/2013 | | DEPOSIT CORRECTION | 27.00 |
| 8/15/2013 | | DEPOSIT | 639.00 |
| 8/20/2013 | | DEPOSIT | 478.00 |
| 8/25/2013 | | Transfer to Checking | 2200.00 |
| 8/26/2013 | | DEPOSIT | 115.00 |
| 8/26/2013 | | DEPOSIT | 118.00 |
| 8/26/2013 | | DEPOSIT | 150.00 |
| 8/26/2013 | | DEPOSIT | 1136.00 |
| 8/26/2013 | | DEPOSIT | 1545.00 |
| 8/27/2013 | | DEPOSIT | 474.00 |
| 8/27/2013 | | DEPOSIT | 4899.80 |
| 8/30/2013 | 78533 | Account Summary Balance | 24023.80 |
| 8/30/2013 | | COMBINED REVENUE BALANCE TOTAL TO DATE | 30426.42 |

REVENUE OVERSTATED BY $9700 TRANSFERS BETWEEN ACCOUNTS, ACCUAL EQUALS: 20726.42

BEGINNING REVENUE PLUS REVENUE TO DATE FOR MONTH EQUALS 36430.06

**EXPENSES FOR THE MONTH** 23757.84

**ENDING REVENUE BALANCE** 12672.22

Mailing Address: P.O. BOX 1737 Tulsa, OK 74101

# Sanctuary Evangelistic Church, Inc.
## Apostles Milford & Evelyn Carter, Senior Pastors
1228 E. 5th Street   (5th & S. Peoria)   Tulsa, OK 74120   (918) 587-6445

**CONSOLIDATION STATEMENT AND REGISTER AT CLOSE**
**SEPT REVENUE**

Updated: 9/30/2013

| Date | Check # | Description | | Credit |
|---|---|---|---|---|
| 8/30/2013 | | BEGINNING BALANCE | | 3990.88 |
| 9/4/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1455.60 |
| 9/10/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 1067.83 |
| 9/17/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 631.06 |
| 9/24/2013 | Elect | MERCHANT BANKCD DEPOSIT | 2887 | 973.41 |
| 9/30/2013 | 45942 | Account Summary Balance | | 4127.90 |
| 8/30/2013 | | BEGINNING BALANCE | | 8681.34 |
| 9/3/2013 | Elect | DEPOSIT | | 1893.60 |
| 9/9/2013 | Elect | DEPOSIT | | 1199.00 |
| 9/9/2013 | Elect | Transfer to Checking | | 3500.00 |
| 9/16/2013 | Elect | DEPOSIT | | 5972.52 |
| 9/23/2013 | Elect | DEPOSIT | | 950.00 |
| 9/26/2013 | Elect | DEPOSIT | | 385.00 |
| 9/26/2013 | Elect | DEPOSIT | | 1094.05 |
| 9/30/2013 | Elect | DEPOSIT | | 1584.00 |
| 9/30/2013 | Elect | SQUARE INC | | 0.49 |
| 9/30/2013 | 78533 | Account Summary Balance | | 16578.66 |
| 9/30/2013 | | COMBINED REVENUE BALANCE TOTAL TO DATE | | 20706.56 |

| | |
|---|---|
| REVENUE OVERSTATED BY $3500 TRANSFERS BETWEEN ACCOUNTS ACCUAL EQUALS | 17206.56 |
| BEGINNING REVENUE PLUS REVENUE TO DATE FOR MONTH EQUALS | 29878.78 |
| EXPENSES FOR THE MONTH | 22136.03 |
| ENDING REVENUE BALANCE | 7742.75 |

Mailing Address: P.O. BOX 1737 Tulsa, OK 74101



P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

ACCOUNT: ▓▓42
DOCUMENTS: 1

PAGE: 1   Account Statement
07/31/2013
Member FDIC

```
>00735 3453523 002 092047 10Z
```

SANCTUARY EVANGELISTIC CHURCH                                  30
P O BOX 1737                                                    1
TULSA OK  74101-1737                                            0

================================================================
                  Business Checking ACCOUNT ▓▓42
================================================================

                    LAST STATEMENT 06/28/13      19,616.88
                               7 CREDITS          7,103.41
                              13 DEBITS          16,383.90
                    THIS STATEMENT 07/31/13      10,336.39

- - - - - - - - - DEPOSITS - - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          07/29   1,887.60

- - - - - - - - OTHER CREDITS - - - - - - - - - -
DESCRIPTION                                      DATE         AMOUNT
MERCHANT BANKCD DEPOSIT        2887              07/02       1,016.17
MERCHANT BANKCD DEPOSIT        2887              07/09       1,037.88
MERCHANT BANKCD DEPOSIT        2887              07/15          47.98
MERCHANT BANKCD DEPOSIT        2887              07/16         841.54
MERCHANT BANKCD DEPOSIT        2887              07/23       1,253.10
MERCHANT BANKCD DEPOSIT        2887              07/30       1,019.14

- - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                      DATE         AMOUNT
FARMERS INS EFT PYMT          002RCD             07/01         349.23
MERCHANT BANKCD DEPOSIT       2887               07/05            .17
MERCHANT BANKCD INTERCHNG     52887              07/05           1.40
MERCHANT BANKCD FEE           2887               07/05          63.35
UnitedHealthcare PREMIUM      91                 07/05       1,108.25
MERCHANT BANKCD FEE           2887               07/08           7.00
PROG NORTHERN INS PREM 01662373 ,SANCT           07/09         133.80
Transfer to Checking 75833  from  Checking 45942 07/09       8,000.00
GPM LIFE INS CO INS. PREM. XXXXX4410 GPM         07/10         194.31
Telecheck INV072013D 0380666476                  07/19          40.00
019075 Internet Transfer To Acct    33 On 7/19/13 AT 9:33  07/19  6,000.00
DELTA DENTAL INS PREMIUM      5263               07/25         113.01
FARMERS INS EFT PYMT P88642377002RCD             07/30         373.38
              * * *  C O N T I N U E D  * * *
```



PAGE Account Statement
ACCOUNT: 33 07/31/2013
DOCUMENTS: 27 Member FDIC

P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

>00826 3453523 002 092047 10Z

SANCTUARY EVANGELISTIC CHURCH                 30
P O BOX 1737                                   5
TULSA OK  74101-1737                          22

================================================================
                Free Business Checking ACCOUNT    33
================================================================

```
                          LAST STATEMENT 06/28/13      8,324.30
                                     7 CREDITS       22,947.00
                                    25 DEBITS        25,904.05
                          THIS STATEMENT 07/31/13      5,367.25
```

- - - - - - - - - DEPOSITS - - - - - - - - -
```
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          07/01   1,196.00         07/15   1,500.00           07/22   1,081.00
          07/08   3,292.00         07/15   1,878.00
```

- - - - - - - - OTHER CREDITS - - - - - - - -
```
DESCRIPTION                                                  DATE      AMOUNT
Transfer to Checking   33 from Checking   42                07/09    8,000.00
019075 Internet Transfer From Acct 45942 On 7/19/13 AT 9:33 07/19    6,000.00
```

- - - - - - - - - CHECKS - - - - - - - - -
```
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 2634 07/02       587.00    2643 07/11    10,549.00    2653 07/26       352.50
 2635 07/10     1,400.00    2644 07/16       423.30    2654 07/26       120.00
 2636 07/02       281.17    2645 07/15     1,400.00    2655 07/26        52.07
 2637 07/02       272.20    2646 07/15     1,000.00    2656 07/30       270.41
 2638 07/16       216.67    2647*07/22       912.50    2657*07/30       936.26
 2639 07/09       500.00    2649 07/23        96.66    2662 07/29       300.00
 2640 07/08       300.00    2650 07/25       194.20
 2641*07/23        55.20    2651*07/24     3,194.45
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - -
```
DESCRIPTION                                                  DATE      AMOUNT
MODERN WOODMEN INSPREMIUM                                   07/03    1,441.48
GUIDEONE MUTUAL INS. PREM.                                  07/08    1,019.01
CHECK # 2642 - HOME DEPOT 3904 PURCHASE 2642 TULSOK         07/12       29.97
```
                    * * *  C O N T I N U E D  * * *

0308


P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

ACCOUNT: ▆▆33
DOCUMENTS: 27

PAGE    Account Statement
30      07/31/2013
5       Member FDIC
22

```
            >00826 3453523 002 092047 10Z


SANCTUARY EVANGELISTIC CHURCH
P O BOX 1737
TULSA OK  74101-1737
```

================================================================
                Free Business Checking ACCOUNT ▆▆33
================================================================

```
                            LAST STATEMENT 06/28/13    8,324.30
                                       7 CREDITS     22,947.00
                                      25 DEBITS      25,904.05
                            THIS STATEMENT 07/31/13    5,367.25
```

- - - - - - - - DEPOSITS - - - - - - - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | 07/01 | 1,196.00 |  | 07/15 | 1,500.00 |  | 07/22 | 1,081.00 |
|  | 07/08 | 3,292.00 |  | 07/15 | 1,878.00 |  |  |  |

- - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Transfer to Checking 75833 from Checking 45942 | 07/09 | 8,000.00 |
| 019075 Internet Transfer From Acct 45942 On 7/19/13 AT 9:33 | 07/19 | 6,000.00 |

- - - - - - - - CHECKS - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2634 | 07/02 | 587.00 | 2643 | 07/11 | 10,549.00 | 2653 | 07/26 | 352.50 |
| 2635 | 07/10 | 1,400.00 | 2644 | 07/16 | 423.30 | 2654 | 07/26 | 120.00 |
| 2636 | 07/02 | 281.17 | 2645 | 07/15 | 1,400.00 | 2655 | 07/26 | 52.07 |
| 2637 | 07/02 | 272.20 | 2646 | 07/15 | 1,000.00 | 2656 | 07/30 | 270.41 |
| 2638 | 07/16 | 216.67 | 2647* | 07/22 | 912.50 | 2657* | 07/30 | 936.26 |
| 2639 | 07/09 | 500.00 | 2649 | 07/23 | 96.66 | 2662 | 07/29 | 300.00 |
| 2640 | 07/08 | 300.00 | 2650 | 07/25 | 194.20 |  |  |  |
| 2641* | 07/23 | 55.20 | 2651* | 07/24 | 3,194.45 |  |  |  |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| MODERN WOODMEN INSPREMIUM 7936455 130701 | 07/03 | 1,441.48 |
| GUIDEONE MUTUAL INS. PREM. 00992901503 | 07/08 | 1,019.01 |
| CHECK # 2642 - HOME DEPOT 3904 PURCHASE 2642 TULSOK | 07/12 | 29.97 |

*** C O N T I N U E D ***

0308



**peoplesbank**
P.O. BOX 50000 • TULSA, OK 74150
www.peoplesbanktulsa.com

```
                                     PAGE:         1  Account Statement
ACCOUNT:                             ████42        08/30/2013
DOCUMENTS:                               0         Member FDIC
```

>00493 3514819 002 092047 10Z

```
SANCTUARY EVANGELISTIC CHURCH                      30
P O BOX 1737                                        0
TULSA OK   74101-1737                               0
```

================================================================
                    Business Checking ACCOUNT ████42
================================================================

```
                         LAST STATEMENT 07/31/13      10,336.39
                                      5 CREDITS       6,402.62
                                     15 DEBITS       12,748.13
                         THIS STATEMENT 08/30/13       3,990.88
```

- - - - - - - - OTHER CREDITS - - - - - - - - - -

| DESCRIPTION | | DATE | AMOUNT |
|---|---|---|---|
| MERCHANT BANKCD DEPOSIT | 2887 | 08/06 | 736.27 |
| MERCHANT BANKCD DEPOSIT | 2887 | 08/19 | 388.36 |
| MERCHANT BANKCD DEPOSIT | 2887 | 08/26 | 226.29 |
| MERCHANT BANKCD DEPOSIT | 2887 | 08/26 | 810.03 |
| MERCHANT BANKCD DEPOSIT | 2887 | 08/29 | 4,241.67 |

- - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | | DATE | AMOUNT |
|---|---|---|---|
| MERCHANT BANKCD DEPOSIT | 2887 | 08/05 | .05 |
| MERCHANT BANKCD INTERCHNG | 2887 | 08/05 | 1.54 |
| MERCHANT BANKCD FEE | 2887 | 08/05 | 65.17 |
| UnitedHealthcare PREMIUM ████4391 | | 08/05 | 1,108.25 |
| GPM LIFE INS CO INS. PREM. XXXXX4410 GPM | | 08/07 | 194.31 |
| MERCHANT BANKCD FEE | 2887 | 08/08 | 4.90 |
| 000738 Internet Transfer To Acct 75833 On 8/07/13 AT 21:12 | | 08/08 | 7,500.00 |
| PROG NORTHERN INS PREM 01662373 ,SANCT | | 08/09 | 133.80 |
| Telecheck INV082013D 0380666476 | | 08/19 | 40.00 |
| 017982 Internet Transfer To Acct 75833 On 8/25/13 AT 20:15 | | 08/26 | 2,200.00 |
| DELTA DENTAL INS PREMIUM ████5333 | | 08/27 | 113.01 |
| RETURN ITEM FEE | | 08/30 | 5.00 |
| SERVICE CHARGE | | 08/30 | 8.70 |
| FARMERS INS EFT PYMT P88642377002RCD | | 08/30 | 373.40 |
| RETURNED DEPOSITED ITEM | | 08/30 | 1,000.00 |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

```
       TOTAL CHARGE FOR BALANCE FEE:              10.00
       TOTAL CHARGE FOR DR ITEM FEE:               2.00
              * * *  C O N T I N U E D  * * *
```

1308

# peoplesbank

P.O. BOX 50000 · TULSA, OK 74150
www.peoplesbanktulsa.com

ACCOUNT: ▓▓33
DOCUMENTS: 38

PAGE: 1  Account Statement
08/30/2013
Member FDIC

>00881 3514819 002 092047 20Z

```
SANCTUARY EVANGELISTIC CHURCH                 30
P O BOX 1737                                  14
TULSA OK  74101-1737                          24
```

================================================================================
                    Free Business Checking ACCOUNT ▓▓33
================================================================================

```
                        LAST STATEMENT 07/31/13      5,367.25
                                    16 CREDITS     24,023.80
                                    35 DEBITS      20,709.71
                        THIS STATEMENT 08/30/13      8,681.34
```

- - - - - - - - - DEPOSITS - - - - - - - - -

| REF #  | DATE  | AMOUNT   | REF # | DATE  | AMOUNT   | REF # | DATE  | AMOUNT   |
|--------|-------|----------|-------|-------|----------|-------|-------|----------|
|        | 08/01 | 911.00   |       | 08/20 | 478.00   |       | 08/26 | 1,545.00 |
|        | 08/05 | 1,411.00 |       | 08/26 | 115.00   |       | 08/27 | 474.00   |
|        | 08/12 | 907.00   |       | 08/26 | 118.00   |       | 08/27 | 4,899.80 |
|        | 08/12 | 1,513.00 |       | 08/26 | 150.00   |       |       |          |
|        | 08/15 | 639.00   |       | 08/26 | 1,136.00 |       |       |          |

- - - - - - - OTHER CREDITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 000738 Internet Transfer From Acct ▓▓42 On 8/07/13 AT 21:12 | 08/08 | 7,500.00 |
| DEPOSIT CORRECTION | 08/12 | 27.00 |
| 017982 Internet Transfer From Acct ▓▓42 On 8/25/13 AT 20:15 | 08/26 | 2,200.00 |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2648* | 08/02 | 316.52 | 2666 | 08/19 | 216.67 | 2675 | 08/26 | 55.24 |
| 2658 | 08/02 | 500.00 | 2667 | 08/12 | 50.00 | 2676 | 08/26 | 43.41 |
| 2659 | 08/01 | 750.00 | 2668* | 08/19 | 650.00 | 2677 | 08/27 | 162.98 |
| 2660 | 08/06 | 1,400.00 | 2670 | 08/15 | 106.48 | 2678 | 08/27 | 200.00 |
| 2661* | 08/08 | 2,500.00 | 2671 | 08/20 | 316.52 | 2679* | 08/27 | 67.14 |
| 2663 | 08/12 | 1,513.00 | 2672 | 08/20 | 96.66 | 2681 | 08/27 | 750.00 |
| 2664 | 08/13 | 127.56 | 2673 | 08/20 | 75.00 | 2682 | 08/28 | 2,073.50 |
| 2665 | 08/13 | 51.89 | 2674 | 08/21 | 35.00 | 2683 | 08/28 | 34.51 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

*** C O N T I N U E D ***


**peoplesbank**
P.O. BOX 50000 · TULSA, OK 74150
www.peoplesbanktulsa.com

ACCOUNT: ▮33   PAGE: 2
DOCUMENTS: 38   08/30/2013
Account Statement
Member FDIC

SANCTUARY EVANGELISTIC CHURCH

============================================================
                Free Business Checking ACCOUNT ▮33
============================================================
- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| BILLMATRIX BILLPAYFEE ▮▮▮▮8532 | 08/02 | 2.95 |
| OK NATURAL GAS UTIL PAYMT 110497641741898 | 08/02 | 268.37 |
| GPM LIFE INS CO INS. PREM. XXXXX1923 GPM | 08/02 | 304.26 |
| AEP PUBLIC SERVI BILL PAY 12222028531 | 08/02 | 1,443.04 |
| MODERN WOODMEN INSPREMIUM 7936455 130801 | 08/05 | 1,441.48 |
| GUIDEONE MUTUAL INS. PREM. 00992901503 | 08/06 | 1,019.01 |
| TULSAUTIL/EZ-PAY UTILITY 6649985 | 08/13 | 224.66 |
| ATT Payment 656765002EVR1I | 08/13 | 414.35 |
| GPM LIFE INS CO INS. PREM. XXXXX1923 GPM | 08/16 | 304.26 |
| CHECK HANDLING CHARGE | 08/19 | 3,194.45 |
| DEPOSIT CORRECTION | 08/27 | .80 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
************************************************************
*                        |  TOTAL FOR   |    TOTAL          *
*                        |  THIS PERIOD | YEAR TO DATE      *
*------------------------|--------------|-------------------*
* TOTAL OVERDRAFT FEES:  |     $.00     |     $.00          *
*------------------------|--------------|-------------------*
* TOTAL RETURNED ITEM FEES: |  $.00     |     $.00          *
************************************************************
```

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/01 | 5,528.25 | 08/12 | 6,127.62 | 08/20 | 1,466.12 |
| 08/02 | 2,693.11 | 08/13 | 5,309.16 | 08/21 | 1,431.12 |
| 08/05 | 2,662.63 | 08/15 | 5,841.68 | 08/26 | 6,596.47 |
| 08/06 | 243.62 | 08/16 | 5,537.42 | 08/27 | 10,789.35 |
| 08/08 | 5,243.62 | 08/19 | 1,476.30 | 08/28 | 8,681.34 |



JUN-24-2016 04:05 SANCTUARY EVANGELISTIC CH 918 587 6440 P.11/12
Case 12-12616-M Document 90 Filed in USBC ND/OK on 10/11/13 Page 11 of 12

Peoples Bank

Page 1 of 1

Previous Statement Transactions on Business Checking 45942 $3,542.61 as of October 10, 2013

| Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 09/04/2013 | | MERCHANT BANKCD DEPOSIT 26773576Z887 | | 1,455.60 | 5,446.48 |
| 09/04/2013 | | MERCHANT BANKCD INTERCHNG 28773576Z887 | 2.40 | | 5,444.08 |
| 09/04/2013 | | MERCHANT BANKCD FEE 26773576Z887 | 74.42 | | 5,369.66 |
| 09/05/2013 | | UnitedHealthcare PREMIUM 3046014391 | 1,108.25 | | 4,261.41 |
| 09/06/2013 | | GPM LIFE INS CO INS. PREM. XXXXX4410 GPM | 184.31 | | 4,087.10 |
| 09/09/2013 | | MERCHANT BANKCD FEE 28773576Z887 | 7.00 | | 4,080.10 |
| 09/09/2013 | 004007 | Internet Transfer To Acct 75833 On 9/09/13 AT 16:09 | 3,500.00 | | 580.10 |
| 09/10/2013 | | MERCHANT BANKCD DEPOSIT 28773578Z887 | | 1,067.83 | 1,627.93 |
| 09/10/2013 | | PROG NORTHERN INS PREM 01662373 SANCT | 133.80 | | 1,494.13 |
| 09/17/2013 | | MERCHANT BANKCD DEPOSIT 28773576Z887 | | 631.06 | 2,125.19 |
| 09/19/2013 | | Telecheck INV0820130 0380666476 | 40.00 | | 2,085.19 |
| 09/24/2013 | | MERCHANT BANKCD DEPOSIT 28773576Z887 | | 973.41 | 3,058.60 |
| 09/26/2013 | | DELTA DENTAL INS PREMIUM 6738020907744 | 113.01 | | 2,945.59 |
| 09/30/2013 | | FARMERS INS EFT PYMT P886423770020RCD | 373.40 | | 2,572.19 |
| 09/30/2013 | | | 10.30 | | 2,561.89 |

**Previous Statement Transactions on Free Business Checking 76833 $2,688.93 as of October 10, 2013**

| Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 09/03/2013 | | DEPOSIT | | 1,893.80 | 10,574.94 |
| 09/03/2013 | 2684 | CHECK | 112.50 | | 10,462.44 |
| 09/04/2013 | | MODERN WOODMEN INSPREMIUM 7936455 130901 | 1,441.48 | | 9,020.96 |
| 09/05/2013 | | BILLMATRIX BILLPAYFEE 1230267142 | 2.95 | | 9,018.01 |
| 09/05/2013 | | BILLMATRIX BILLPAYFEE 1230283902 | 2.95 | | 9,015.06 |
| 09/05/2013 | | OK NATURAL GAS UTIL PAYMT 11059371749500 | 85.35 | | 8,929.71 |
| 09/05/2013 | | OK NATURAL GAS UTIL PAYMT 11049764174188 | 120.87 | | 8,808.84 |
| 09/05/2013 | | AEP PUBLIC SERVI BILL PAY 1230283901 | 391.96 | | 8,416.88 |
| 09/05/2013 | | TULSAUTIL/EZ-PAY UTILITY 3981883 | 497.60 | | 7,919.28 |
| 09/05/2013 | | AEP PUBLIC SERVI BILL PAY 1230272141 | 1,650.69 | | 6,268.59 |
| 09/05/2013 | 2686 | CHECK | 300.00 | | 5,968.59 |
| 09/08/2013 | | GUIDEONE MUTUAL INS. PREM. 008828Q1503 | 1,018.01 | | 4,949.58 |
| 09/09/2013 | | DEPOSIT | | 1,199.00 | 6,148.58 |
| 09/09/2013 | | 004007 Internet Transfer From Acct 45942 On 9/09/13 AT 16:09 | | 3,500.00 | 9,648.58 |
| 09/10/2013 | 2687 | CHECK | 216.67 | | 9,431.91 |
| 09/10/2013 | 2689 | CHECK | 3,235.00 | | 6,196.91 |
| 09/11/2013 | 2680 | CHECK | 3,500.00 | | 2,696.91 |
| 09/16/2013 | | DEPOSIT | | 5,972.52 | 8,669.43 |
| 09/16/2013 | | WSTRN FRAT LIFE INS PREM 242930 | 574.05 | | 8,095.38 |
| 09/16/2013 | 2695 | CHECK | 500.00 | | 7,595.38 |
| 09/17/2013 | 2685 | CHECK | 481.00 | | 7,114.38 |
| 09/17/2013 | 2691 | CHECK | 550.00 | | 6,564.38 |
| 09/18/2013 | | GPM LIFE INS CO INS. PREM. XXXXX1923 GPM | 304.26 | | 6,260.12 |
| 09/18/2013 | 2880 | CHECK | 200.00 | | 6,060.12 |
| 09/18/2013 | 2700 | CHECK | 383.78 | | 5,676.34 |
| 09/18/2013 | 2696 | CHECK | 3,194.45 | | 2,481.89 |
| 09/23/2013 | | DEPOSIT | | 950.00 | 3,431.89 |
| 09/23/2013 | 2698 | CHECK | 316.52 | | 3,115.37 |
| 09/25/2013 | 2697 | CHECK | 96.66 | | 3,018.71 |
| 09/25/2013 | 2699 | CHECK | 1,400.00 | | 1,618.71 |
| 09/26/2013 | | DEPOSIT | | 385.00 | 2,003.71 |
| 09/26/2013 | | DEPOSIT | | 1,094.05 | 3,097.76 |
| 09/27/2013 | 2704 | CHECK | 128.00 | | 2,969.76 |
| 09/30/2013 | | DEPOSIT | | 1,584.00 | 4,553.76 |
| 09/30/2013 | | Square Inc 130830A2 MXXXXXX7160 | .49 | | 4,554.25 |
| 09/30/2013 | | Square Inc 130830A2 M18475285I | | .49 | 4,553.76 |
| 09/30/2013 | 2701 | CHECK | 483.00 | | 4,070.76 |